STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (MILILANI) CO., LTD.
95-176 KUAHELANI AVE
MILILANI HI 96789

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code: _____

1. AUTHORIZED CAPITAL
   CLASS      NUMBER
   COMMON     20,000

   PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS      NUMBER
   COMMON     10,998

   To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:
   GOLF COURSE OPERATION
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
   (See reverse for instructions.) (If any change, line out and print change on the right.)

4. OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| TITLE HELD/OR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) | |
|---|---|---|---|
| P/D | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU | TOKYO JAPAN |
| V/D | KINOSHITA, TAKESHI | 13749 BOUNDESA DR | DEL MAR CA 92014 |
| V/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST | HONOLULU HI 96816 |
| S/T | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU | TOKYO JA |
| AT | TSUJIMOTO, TAKUYA | 95-186 WAINAKU PL | MILILANI HI 96789 |
| D | MUKAI, FRANKLIN | 1140 WAIHOLO ST | HONOLULU HI 96821 |
| AT | Saito, Mikiya | 95-204 Hokulea Pl. | Mililani, HI 96789 |
| V/D | Kinoshita, Takeshi | 3-7, Kanda-Ogawamachi Chiyoda-Ku | Tokyo 101 Japan |

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

C/VMZ

EXHIBIT ___I___

DATE: Feb. 22, 2002

_[signature]_

Mikiya Saito
Print Name

Signature of authorized officer, attorney-in-fact for an officer, or receiver or trustee (if the corporation is in the hands of a receiver or trustee)

FILE NO. 0065719D1
Rev. 1/2002

B17
B22
2001

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)



I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

*[signature]* E. Rechtenwald

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 18, 2005