# STATE OF HAWAII
## DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
### BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

DOMESTIC PROFIT CORPORATION
FILING FEE $25.00

RETURN ORIGINAL BY MARCH 31 — PENALTY FOR LATE FILING

Case 1:04-cv-00126-ACK-BMK   Document 96-16   Filed 01/13/2006   Page 1 of 2

H

**DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001**

CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (PUKALANI) CO., LTD.
360 PUKALANI ST
PUKALANI HI 96788

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give Number, Street, City, State and Zip Code: _____

1. AUTHORIZED CAPITAL     PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS     NUMBER       CLASS     NUMBER
   COMMON    20,000       COMMON    1,000

To correct the above capital(s), line out and print the correct class and numbers on the right.

2. NATURE OF BUSINESS:
   GOLF COURSE OPERATION
   (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address.
   (See reverse for instructions.) (If any change, line out and print change on the right.)

04/05

2002 MAR 7 AM — DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS STATE OF HAWAII — BUSINESS REGISTRATION DIVISION — RECEIVED

OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| P | KINOSHITA, TOSHIO | 6-20-8 SEIJO SETAGAYA-KU TOKYO JA |
| V/D | KINOSHITA, SATOSHI | 1139 MAKAIWA ST HONOLULU HI 96816 |
| V/D | KINOSHITA, TAKESHI | 2-26 SHUKUGAWA PARK HOMES #605 '00 RPT |
| S/T/D | FUKUDA, TSUGIO | 2-22-7 NAKAMURA NERIMA-KU TOKYO 176 JA |
| AT | TSUJIMOTO, TAKUYA | 95-186 WAINAKU PL MILILANI HI 96789 |
| D | MUKAI, FRANKLIN K | 1140 WAIHOLO ST HONOLULU HI 96821 |

☒ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

## CERTIFICATION

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 3/22/02

Signature of authorized officer, attorney-in-fact for an officer, or receiver or trustee (if the corporation is in the hands of a receiver or trustee)

Takuya Tsujimoto
Print Name

FILE NO. 0069566D1
Rev. 1/2002

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

B17
B22
2001



EXHIBIT J

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

Mark E. Rechtenwald

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 18, 2005