STIC PROFIT CORPORATION
FEE $25.00

H SJ

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
1010 Richards Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

RETURN ORIGINAL BY MARCH 31
PENALTY FOR LATE FILING

---

DOMESTIC PROFIT CORPORATION ANNUAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2001
CORPORATE NAME AND MAILING ADDRESS:

SPORTS SHINKO (KAUAI) CO., LTD.
2545 Kiahuna Plantation Drive
Koloa, Hawaii 96756

---

If above mailing address has changed, line out and print change to the right.
If address of principal office differs from the above mailing address, state the address of the principal office. Give
Number, Street, City, State and Zip Code:_____

1. AUTHORIZED CAPITAL                             PAID-IN CAPITAL (NUMBER OF SHARES ISSUED)
   CLASS              NUMBER                      CLASS              NUMBER
   Common             20,000                      Common             3,998

2. To correct the above capital(s), line out and print the correct class and numbers on the right.
   NATURE OF BUSINESS:
   Golf course operation (To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

Street address of the registered office in Hawaii and the name of the registered agent at that address.
(See reverse for instructions.) (If any change, line out and print change on the right)

OFFICERS/DIRECTORS: (List all officers and directors. To correct, line out and print corrections on the right. See reverse for instructions.)
HELD   NAME IN FULL              ADDRESS (INCLUDE CITY, STATE & ZIP CODE)
OR CODE
S/T    Tsugio Fukuda             2545 Kiahuna Plantation Dr., Koloa, HI 96756
V/D    Satoshi Kinoshita         2545 Kiahuna Plantation Dr., Koloa, HI 96756
V/D    Takeshi Kinoshita         2545 Kiahuna Plantation Dr., Koloa, HI 96756
P/D    Toshio Kinoshita          2545 Kiahuna Plantation Dr., Koloa, HI 96756
D      Franklin K. Mukai         2545 Kiahuna Plantation Dr., Koloa, HI 96756
AS     Yasuo Nishida             2545 Kiahuna Plantation Dr., Koloa, HI 96756
AT     Takuya Tsujimoto          2545 Kiahuna Plantation Dr., Koloa, HI 96756

☐ NO CHANGES: Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: Sep. 28, 2002

KEIJIRO KIMURA
Print Name

SJ

FILE NO. 63818 D1
vv. 1/2002

Signature of authorized officer, attorney-in-fact
for an officer, or receiver or trustee
(if the corporation is in the hands of a receiver or trustee)

B17
B22

File this original
(SEE REVERSE SIDE FOR INSTRUCTIONS)

EXHIBIT K

I HEREBY CERTIFY that this is a true and correct copy of the official record(s) of the Business Registration Division.

Mark E. Rechtenwald

DIRECTOR OF COMMERCE AND CONSUMER AFFAIRS

Date: November 18, 2005