# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.

2134099  8200

050929931

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4297333

DATE: 11-15-05

EXHIBIT O

381

# STATE OF DELAWARE
## 2000 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | | PHONE NUMBER 619-438-5595 |
|---|---|---|---|---|
| 2134099 | SPORTS SHINKO (USA) CO., LTD. | | | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM / / | TO / / |
|---|---|---|---|---|---|
| 51-0302823 | AUGUST 5, 1987 | | | | |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS JAN. 1st DEC. 31st |
|---|---|---|---|---|---|---|---|---|
| 12-21-1989 | | COMMON | 30,000 | 1.008000 | | | | |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 190.00 | $ .00 | $ .00 | $ 20.00 | $ .00 | $ |

AMOUNT DUE: $ 210.00

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 1182 | $210.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

2   030101   2134099   000021000 0   6

$50.00 PENALTY if not Received on or before
MAR 1, 2001 Plus 1.5% interest per month.

| NATURE OF BUSINESS | SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES |
|---|---|
| Resort Services | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
| | 2100 Costa Del Mar Road, Carlsbad, CA 92009 |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | Toshio Kinoshita | 3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo 101 Japan | |
| 2. | Takeshi Kinoshita | c/o 2100 Costa Del Mar Road, Carlsbad, CA 92009 | |
| 3. | Tsugio Fukuda | 3-7 Kanda-Ogawamachi, Chiyoda-ku, Tokyo 101 Japan | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Toshio Kinoshita | 3-7 Kanda-Ogawamachi, Chiyoda-ku Tokyo, Japan | |
| 2. Exec. V.P. | Takeshi Kinoshita | c/o 2100 Costa Del Mar Road, Carlsbad, CA | |

X _____
ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR)

TITLE: Executive Vice President    DATE