***ATTORNEY-CLIENT PRIVILEGE***                96

1          IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

2                     STATE OF HAWAII

3     ------------------------------------------

4     SPORTS SHINKO (USA) CO., LTD., a Delaware

5     Corporation; SPORTS SHINKO (MILILANI)

6     CO., LTD., a Hawaii corporation, et al.,

7              Plaintiff,

8          vs.              Case No. 02-1-2766-11 (EEH)

9     RESORT MANAGEMENT SERVICES

10    (HAWAII), INC., a Hawaii corporation,

11    YASUO NISHIDA, SATOSHI KINOSHITA, et al.

12              Defendants.

13    ------------------------------------------

14

15              DEPOSITION OF SATOSHI KINOSHITA

16                     (Volume II)

17

18    Taken on behalf of the Plaintiff at Alston Hunt Floyd &

19    Ing, 1001 Bishop St., ASB Tower, 18th Floor, Honolulu,

20    Hawaii 96813, commencing at 9:04 a.m., Wednesday, April

21    20, 2005, pursuant to Notice.

22

23    BEFORE:    BARBARA ACOBA, CSR No. 412, RPR

24              Notary Public, State of Hawaii

25                                        EXHIBIT 5

```
 1      APPEARANCES:

 2    For Plaintiff:         GLENN MELCHINGER, Esq.

 3                           ALSTON HUNT FLOYD & ING

 4                           ASB Tower

 5                           1001 Bishop St., 18th Floor

 6                           Honolulu, Hawaii 96813

 7

 8    For Defendant SATOSHI KINOSHITA:

 9                           JOHN KOMEIJI, Esq.

10                           WATANABE ING KAWASHIMA & KOMEIJI

11                           First Hawaiian Center

12                           999 Bishop St., 23rd Floor

13                           Honolulu, Hawaii 96813

14

15

16    Also Present:          STEVEN SILVER - Interpreter

17

18

19

20

21

22

23

24

25
```

***ATTORNEY-CLIENT PRIVILEGE***          152

1    subsequent to that, I had a meeting with Mr. Mukai at

2    which time he shared with me what had been discussed

3    between him and the president. And I, in turn here, was

4    reporting that to Mr. Fukuda.

5         Q.    And as you noted, Mr. Mukai made a comment

6    about the affect of establishing the RMS, right, that

7    would make it hard to lien -- hard for RCC to lien the

8    Hawaii properties; is that right?

9         A.    No.   Actually, what Mr. Mukai communicated to

10   me was that president Kinoshita was extremely happy that

11   RMS had been established because it had made it

12   difficult for RCC to lien the Hawaii business

13   facilities, and Mr. Kinoshita apparently asked Mr. Mukai

14   to work on establishing some sort of similar arrangement

15   to the RMS arrangement in Japan.

16        Q.    Was one of the purposes for the management

17   contracts and creating the management companies to make

18   it difficult for RCC to place liens on Hawaii

19   properties?

20             THE INTERPRETER:  I'm sorry, can I have that

21   question one more time.

22             THE WITNESS:  I had no idea about that.  If you

23   look to the next paragraph under the paragraph that you,

24   Mr. Melchinger, have placed an asterisk next to, I go on

25   to write to Mr. Fukuda that if, in fact, it had become

                    C E R T I F I C A T E

STATE OF HAWAII                    )

CITY AND COUNTY OF HONOLULU    )

          I, BARBARA ACOBA, Certified Shorthand

Reporter and Notary Public, State of Hawaii, do

hereby certify:

          That on Wednesday, April 20, 2005, at

9:04 a.m., appeared before me SATOSHI KINOSHITA, the

witness whose deposition is contained herein; that

prior to being examined he was by me duly sworn;

          That the deposition was taken down by me

in machine shorthand and was thereafter reduced to

typewriting under my supervision; that the foregoing

represents, to the best of my ability, a true and

correct transcript of the proceedings had in the

foregoing matter.

          I further certify that I am not an attorney

for any of the parties hereto, nor in any way concerned

with the cause.

          Dated this 30th day of April, 2005,

in Honolulu, Hawaii.

                    _____

                    BARBARA ACOBA, CSR NO. 412

                    Notary Public, State of Hawaii

                    My Commission Exp: 10-22-2008