IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,<br><br>    Third-Party Defendants.<br>_____<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs. | CIVIL NO. CV 04-00124<br>       ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**DECLARATION OF STEVEN C. SILVER; LIST OF TRANSLATED DOCUMENTS**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CIVIL NO. CV 04-00125<br>       ACK/BMK |

603712_1 / 6850-5

| | |
|---|---|
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
| Third-Party Defendants. | ) ) ) |
| _____ | ) ) |
| SPORTS SHINKO (USA) CO., LTD, a Delaware corporation, | ) CIVIL NO. CV 04-00126 )          ACK/BMK ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| KIAHUNA GOLF CLUB, LLC, a Hawai‛i limited liability company, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) ) |

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
|  | ) |
| Third-Party Defendants. | ) ) |
|  | ) |
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CIVIL NO. CV 04-00127 ACK/BMK |
| Plaintiff, | ) ) |
| vs. | ) ) |
| OR HOTEL, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al., | ) ) ) |
| Third-Party Defendants. | ) ) ) |
|  | ) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | ) ) ) | CIVIL NO. CV 04-00128 ACK/BMK |
| Plaintiff, | ) |

(The second column shows civil case numbers CIVIL NO. CV 04-00127 ACK/BMK and CIVIL NO. CV 04-00128 ACK/BMK aligned with respective case captions.)

```
     vs.                            )
                                    )
                                    )
MILILANI GOLF CLUB, LLC,            )
a Hawai`i limited liability         )
company, et al.,                    )
                                    )
          Defendants,               )
                                    )
     and                            )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
          Third-Party               )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
SPORTS SHINKO CO., LTD.,            )
a Japan corporation, et al.,        )
                                    )
          Third-Party               )
          Defendants.               )
_____)
```

**DECLARATION OF STEVEN C. SILVER**

I, Steven C. Silver, make this Declaration of my personal knowledge:

1. I am an adult resident of the State of Hawai`i, over the age of eighteen (18) years, and competent to make this Declaration.

2. I am a professional legal translator with fourteen years of translation experience. I am fluent in

both written Japanese and English, and qualified to translate documents of the type shown in the attached Schedule of Translated Documents.  I am registered with the Judiciary of the State of Hawai`i to provide Japanese-English and English-Japanese courtroom translation services.  I am a member of the American Translators Association and the Hawai`i Interpreters and Translators Association.  I am accredited by the American Translators Association to translate Japanese documents into English.  I am a member of the National Association of Judicial Interpreters and Translators and the Japan Association of Translators.  I am also registered to provide courtroom translation services with the U.S. District Court for the District of Hawai`i.

      3.  I have reviewed the Exhibits attached to the Plaintiff's Concise Statement of Facts in Support of Plaintiff's Memorandum in Opposition to "KG Defendants' Motion for Summary Judgment in CV 04-00128 ACK/BMK," filed January, 13, 2006, as described in the attached List of Translated Documents, and I have confirmed that my English translations of the Japanese documents have been accurately paired with the Japanese originals as set forth in the List of Translated Documents attached to this Declaration.

4. I hereby certify and declare that, to the best of my knowledge, the English translations of the documents listed in the attached List of Translated Documents are complete and accurate translations of all of the Japanese text appearing on the respective original documents with which they are paired.

***I declare under penalty of perjury that the foregoing is true and correct.***

DATED:   Honolulu, Hawai`i, February 16, 2006.

_____
STEVEN C. SILVER

-6-

**LIST OF TRANSLATED DOCUMENTS**


1.  **Exhibit "1":**  Bates stamped pages 209 0341, 209 0345. (re: Portion of May 18, 2000 Repayment Plan from Toshio Kinoshita to Resolution and Collection Corporation and attachment).

2.  **Exhibit "7":**  Ex "1" to the Deposition of Satoshi Kinoshita. (re: August 23, 2000 Satoshi letter memo to Toshio Kinoshita re new property management companies).

3.  **Exhibit "20":**  Ex. "57" to the Deposition of Satoshi Kinoshita.  (re: January 15, 2002 Satoshi letter memo to Toshio Kinoshita, Takeshi Kinoshita, and Tsugio Fukuda re Mukai resignation).

**END OF LIST OF TRANSLATED DOCUMENTS**