別紙様式第十六

根拠法規：外国為替の管理に関する省令
主務官庁：大蔵省

## 対外直接投資に係る金銭の貸付契約に関する届出書

平成 2年 5月17日

大蔵大臣殿

届出者：
氏名又は名称及び代表者の氏名　スポーツ振興株式会社　代表取締役　木下俊雄　（記名押印）

住所又は所在地　大阪市北区万歳町4番12号 浪速ビル

職業又は業種　ゴルフ場経営

担当者　杉本芳文
電話　(06)315-1861

下記のとおり届出します。

| | | |
|---|---|---|
| 1 貸付けの相手方及びその概要 | (1) 名称 | Sports Shinko (Waikiki) Corporation　資本金 US$1,000.-　設立年月日 1990年5月2日 |
| | (2) 所在地 | 1001 Bishop Street #2200 - Pacific Tower Honolulu, Hawaii 96813 U.S.A. |
| | (3) 事業内容（事業計画を含む。） | （事業内容）ホテル経営　（単位：千米ドル）<br>売上収入／90.4月〜91.3月／91.4月〜92.3月／92.4月〜93.3月<br>ワイキキインホテル　9,747／10,425／11,185<br>プリンセスカイウラニホテル　8,375／11,187／11,908 |
| | (4) 届出者との関係　出資比率／共同投資者の出資比率 | 0％／0％　その他（具体的に記載すること）会社決議により役員派遣 |
| | (5) 届出者の投資残高 | 出資 0　貸付け ¥10,000,000,000.- |
| | (6) 共同投資者の投資残高 | 出資 0　貸付け 0 |
| | (7) 既往届出受理年月日及び受理番号（届出者分） | — |
| 2 | 金額 | ¥10,000,000,000.- |
| 3 | 契約時期 | 届出後 2ヶ月以内 |
| 4 | 貸付時期 | 届出後 2ヶ月以内 |
| 5 条件 | (1) 金利 | 年利 8％ |
| | (2) 期間 | 5年 |
| | (3) 元利金の回収方法 | 元利金共満期日一括回収 |
| 6 | 取引に伴う支払（又は支払の受領）の方法（該当分に○） | イ 特殊決済方法以外の方法　ロ 特殊決済方法による方法（具体的に記載すること）　108 1530 |
| 7 | 資金の使途（該当分に○） | イ 設備資金　ロ 運転資金　ハ その他（具体的に記載すること） |
| 8 | 取引を行おうとする理由 | 今般相手方から、同相手方が米国ハワイ州にあるホテルを買収するにともないその買収資金の一部の貸付方要請があったのでこれに応じるもの（詳細別紙の通り） |
| 9 | その他の事項 | |

EXHIBIT T-1

CONFIDENTIAL

大蔵大臣受理　2.5.17　FD第63号

届出受理年月日

RECEIVED FROM 06-315-8396　1990. 3. 7 18:13　P. 2

(裏面)

1  大蔵大臣の記載欄

| 事　　項 | 年　月　日　及　び　記　名　押　印 |
|---|---|
| 本届出に係る取引は 平成2年5月29日 ことができる。 | 平成2年5月29日<br><br>日本銀行大阪支店長<br>若　月　三　喜　雄 |

2  外国為替公認銀行の記載欄

| 送金(又は受領)年月日 | 金　　額 | 銀　行　印 |
|---|---|---|
| JUN. -5.1990 | ¥10,000,000,000.- | Bank of Hawaii Tokyo Branch  OE-51 |

108 1531