

**EXHIBIT K-B**