Case 1:04-cv-00126-ACK-BMK     Document 105     Filed 02/22/2006     Page 1 of 5

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                    1126-0
GLENN T. MELCHINGER            7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff
and Third-Party Defendants,
the SS Entities

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>QK HOTEL, LLC, a Hawai'i limited liability company, et al.,<br><br>　　Defendants,<br><br>　and<br><br>FRANKLIN K. MUKAI,<br><br>　　Third-Party Plaintiff,<br><br>　　vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al., | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**PLAINTIFF'S AND THIRD-PARTY DEFENDANTS SPORTS SHINKO CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, AND OCEAN RESORT HOTEL CORPORATION'S EX PARTE MOTION TO SEAL EXHIBIT "15" TO MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006;** DECLARATION OF GLENN T. MELCHINGER; PROPOSED ORDER, ETC.; CERTIFICATE OF SERVICE |

604,899 / 6850-5

    Third-Party )
    Defendants. )
             )
_____ )
             )
SPORTS SHINKO (USA) CO., LTD., )   CIVIL NO. CV 04-00125
a Delaware corporation,     )        ACK/BMK
             )
    Plaintiff, )
             )
  vs. )
             )
PUKALANI GOLF CLUB, LLC, a )
Hawai`i limited liability )
company, et al., )
             )
    Defendants, )
             )
  and )
             )
FRANKLIN K. MUKAI, )
             )
    Third-Party )
    Plaintiff, )
             )
  vs. )
             )
SPORTS SHINKO CO., LTD., )
a Japan corporation, et al., )
             )
    Third-Party )
    Defendants. )
             )
_____ )
             )
SPORTS SHINKO (USA) CO., LTD, a )   CIVIL NO. CV 04-00126
Delaware corporation,      )        ACK/BMK
             )
    Plaintiff, )
             )
  vs. )
             )
KIAHUNA GOLF CLUB, LLC, )
a Hawai`i limited liability )
company, et al., )
             )
    Defendants, )
             )
  and )
             )
FRANKLIN K. MUKAI, )

```
                Third-Party          )
                Plaintiff,           )
                                     )
        vs.                          )
                                     )
SPORTS SHINKO CO., LTD.,             )
a Japan corporation, et al.,         )
                                     )
                Third-Party          )
                Defendants.          )
_____ )
                                     )
                                     )
SPORTS SHINKO CO., LTD., a           )   CIVIL NO. CV 04-00127
Japanese corporation,                )             ACK/BMK
                                     )
                Plaintiff,           )
                                     )
        vs.                          )
                                     )
OR HOTEL, LLC, a Hawai`i             )
limited liability company,           )
et al.,                              )
                                     )
                Defendants,          )
                                     )
        and                          )
                                     )
FRANKLIN K. MUKAI,                   )
                                     )
                Third-Party          )
                Plaintiff,           )
                                     )
        vs.                          )
                                     )
SPORTS SHINKO (USA) CO., LTD.,       )
a Delaware corporation, et al.,      )
                                     )
                Third-Party          )
                Defendants.          )
_____ )
                                     )
SPORTS SHINKO (USA) CO., LTD.,       )   CIVIL NO. CV 04-00128
a Delaware corporation,              )             ACK/BMK
                                     )
                Plaintiff,           )
                                     )
        vs.                          )
                                     )
                                     )
```

604,899 / 6850-5                         3

```
MILILANI GOLF CLUB, LLC,           )
a Hawai`i limited liability        )
company, et al.,                   )
                                   )
            Defendants,            )
                                   )
      and                          )
                                   )
FRANKLIN K. MUKAI,                 )
                                   )
            Third-Party            )
            Plaintiff,             )
                                   )
      vs.                          )
                                   )
SPORTS SHINKO CO., LTD.,           )
a Japan corporation, et al.,       )
                                   )
            Third-Party            )
            Defendants.            )
_____)
```

**PLAINTIFF'S AND THIRD-PARTY DEFENDANTS SPORTS SHINKO CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., LTD., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, AND OCEAN RESORT HOTEL CORPORATION'S EX PARTE MOTION TO SEAL EXHIBIT "15" TO MEMORANDUM IN OPPOSITION TO KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK FILED JANUARY 13, 2006**

Plaintiff and Third-Party Defendants SPORTS SHINKO CO., LTD., SPORTS SHINKO (HAWAII) CO., LTD., SPORTS SHINKO (MILILANI) CO., SPORTS SHINKO (KAUAI) CO., LTD., SPORTS SHINKO (PUKALANI) CO., LTD., SPORTS SHINKO RESORT HOTEL CORPORATION, SPORTS SHINKO (WAIKIKI) CORPORATION, and OCEAN RESORT HOTEL CORPORATION (collectively the "SS Entities"), by and through its undersigned counsel, respectfully moves this Honorable Court *ex parte* for an order sealing pages 35 through 43 to the deposition upon written interrogatories of the Custodian of Records of Bank of Hawaii,

which is designated Exhibit "15" to the SS Entities' Memorandum in Opposition and Concise Statement of Facts in Support of Opposition to KG Defendants' Motion for Summary Judgment in CV NO. 04-00128 ACK-BMK, filed January 13, 2006.

This Motion is made on the grounds that Exhibit "15" contains sensitive and confidential personal financial information of Bert A. Kobayashi, Susan Kobayashi, Ronald H. Kobayashi, Sandra Kobayashi and The Kobayashi Group. Thus, the document should not made a part of the Court files which are available for public review.

This Motion is brought pursuant to Rules 5 and 7 of the Federal Rules of Civil Procedure. This Motion is supported by the Declaration of Glenn T. Melchinger, and the records and pleadings on file herein.

DATED:   Honolulu, Hawai`i, February 22, 2006.

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party
Defendants,
the SS Entities