| SS Ex. | Offeror/date | Property/Price | Problems with offer |
|---|---|---|---|
| 9 | Allred/ 11/15/01 | $11 million Maui golf course & Kauai golf courses (excluding adjacent development lands) <br> $8 million option on Mililani golf course | • "Non-refundable" $1 million deposit payable 3 months after offer date (Bates 083 1545) (excluded from SS ex. 9). Offer would tie up property for a "free peek" until deposit paid <br> • Allred offer withdrawn ~ 12/5/01 (SS ex. 22) |
| 10 | Resnick/ 1/1/02 | $10 million for Kauai golf course and development land | • Offer requires SS to obtain extension from County of Kauai on 300 housing unit requirement to 1/1/2013. Bates 008 1381, 008 1394 <br> • $100,000 deposit not "hard" until closing <br> • 120 due diligence period. |
| 11 | Smith Development/ 10/1/01 | $11.5 million for Maui golf course, sewage plant and development land` | • $250,000 deposit goes "hard" only after 60 day due diligence – Bates 013 1636. 60 day "free peek" <br> • offer withdrawn 11/15/01. SS ex. 18 at GT009219. |
| 12 | Dowling Company, Inc./ 10/23/01 | $7.5 million for Maui golf course, sewage plant and development land <br> $7.5 million for Kauai golf course, sewage plant and development land | • Material terms of offer never prepared due to disagreement over purchase price. <br> • Plaintiffs do not rely on this exhibit in the table summarizing values in plaintiffs' Memorandum In Opposition to the Motion for Summary Judgment. |
| 13 | Laeroc/ 9/20/01 | $21 million for Ocean Resort Hotel | • Offer was for fee simple purchase. Sports Shinko only owned the leasehold estate. |
| 14 | Undisclosed offeror/ 7/15/02 | $4 million for Queen Kapiolani Hotel | • Offer conditioned on acquisition of fee and leasehold acquisition to Ocean Resort Hotel. When it owned Ocean Resort Hotel, Sports Shinko only owned the leasehold estate. <br> • Offer was made months after property sold to KG's nominee. <br> • $250,000 deposit not "hard" until after due diligence, giving offeror a one month "free peek". <br> • Note: this offer was apparently not produced in discovery. |

EXHIBIT B