07/25/2000 TUE 14:07 FAX 808 623 9441    MILILANI GOLF CLUB    →→→ SPORTS SHINKO CO    ☒002
JUL-24-2000 MON 06:12 PM CENTURY 21 RSC    FAX NO. 943 1668    P. 03
07/25/2000 MON 13:30 FAX 808 623 9441    MILILANI GOLF CLUB    ☒003

The undersigned acknowledges receipt of:

[ X ] DROA
[   ] Seller's Counter Offer

and agrees to sell/buy the above described Property on the terms and conditions set forth in the above receipted document(s), and as modified by this Counter Offer. Seller agrees to pay a commission per Section D of the DROA if the terms of this Counter Offer are accepted. This Counter Offer can be withdrawn at any time prior to delivery of a written acceptance to the undersigned's broker.

EXPIRATION: This Counter Offer shall expire at ___5:00___ AM/PM on July 25 _____, 2000

Signed this 24th day of July 24, 2000 at 10:00 AM/PM.

_____        _____
Signature of Party Submitting Counter Offer    Signature of Party Submitting Counter Offer
[ ] Buyer or [ X ] Seller                     [ X ] Buyer or [ ] Seller

---

**ACCEPTANCE OF COUNTER OFFER:** I/We accept this Counter Offer and agree to sell/buy the Property on the terms and conditions in the DROA, as modified by this Counter Offer and if applicable, Seller's Counter Offer; and acknowledge receipt of a copy of this Counter Offer.

Signed this 24th day of JULY 2000 at 6:20 AM/PM.

_____        _____
Signature of Party Accepting Counter Offer    Signature of Party Accepting Counter Offer
[ X ] Buyer or [ ] Seller                     [ ] Buyer or [ ] Seller

---

If you wish to reject this Counter Offer, write "reject" across the acceptance language above and sign. If you wish to make a Counter Offer in response to Buyer's Counter Offer to Seller's Counter Offer, Seller must reject and Buyer to complete a new DROA form.

**ACKNOWLEDGMENT OF ACCEPTANCE:** The undersigned acknowledges receipt of a copy of the acceptance of this Counter Offer.

Date _____ at _____ AM/PM

Signature _____

P.S. THERE IS NO WARRANTY ON PLAIN LANGUAGE. An effort has been made to put this Agreement into plain language. But there is no promise that it is in plain language. In legal terms, THERE IS NO WARRANTY, EXPRESSED OR IMPLIED, THAT THIS AGREEMENT COMPLIES WITH CHAPTER 487A OF THE HAWAII REVISED STATUTES, AS AMENDED. This means that the Hawaii Association of REALTORS® is not liable to any Seller, Buyer, or other person who uses this form for any damage or penalty because of any violation of Chapter 487A. People are cautioned to see their own attorneys about Chapter 487A (and other laws that may apply).

SB 7/24/00                                    MS 7/25/00
BUYER'S INITIALS & DATE                       SELLER'S INITIALS & DATE

Hawaii Association of REALTORS®    Page 2 of 2    168 1270

07/26/2000 WED 08:23 FAX 808 623 9441    MILILANI GOLF CLUB → SPORTS SHINKO CO    ☒001

TENTATIVE BUYER STATEMENT FOR        ITEM A
                                     ESCROW NO: 86-101-2909
SPORTS SHINKO (HAWAII) INC.
C/O 2065 SOUTH KING ST.              RPT DATE : 10/24/86
RM 307
HONOLULU, HAWAII 96826               PROPERTY :
C/O KEN UYEDA                        TMK        (1) 9/5/1/007
                                     ADDRESS    95-054 HOKUIWA ST.
                                                #111
ESCROW AGENT:                                   MILILANI, HAWAII 96789

TITLE GUARANTY ESCROW SERVICES, INC.
235 QUEEN STREET                     CONTRACT DATE  : 10/ 1/86
FIRST FLOOR
HONOLULU, HAWAII           96813

ATTN KAREN WAKAMURA

| DESCRIPTION | DEBITS/CHARGES | CREDITS |
|---|---|---|
| Sales/purchase price | 133,000.00 | |
| Initial deposit | | 2,500.00 |
| R.P. taxes 10/27/86 to 1/1/87 @ $417.78 /6MO | 148.54 | |
| Maintenance fee 10/27/86 to 1/1/87 @ $120.12/1MO | 256.25 | |
| Association dues 10/27/86 to 11/1/86 @ $10.00/1MO | 1.33 | |
| 2 Months Assoc. Dues for Nov. & Dec. 1986 | 20.00 | |
| Title insurance prem to Long & Melone, Ltd. | 139.78 | |
| Escrow fee to Title Guaranty Escrow | 267.80 | |
| Notary fee to Title Guaranty Escrow | 8.00 | |
| Transfer fee to Certified Management | 40.00 | |
| Record'g/Filing Fee | 35.00 | |
| Check for balance from buyer | | 131,416.70 |
| TOTALS | 133,916.70 | 133,916.70 |

NOTE: PRORATIONS TO BE ADJUSTED TO DATE OF RECORDATION.
NOTE: ATTORNEYS FEE TO CARLSMITH WICHMAN CASE MUKAI &
      ICHIKI TO BE HANDLED OUTSIDE OF ESCROW.

* * * Home Exemption Information * * *

If you intend to reside on the property you have just
purchased, you are allowed a Homeowners Exemption against your
Real Property Taxes. Application should be made to the City
and County Director of Finance before December 31st.

* * * * * * * * * * * * * * * * * * * *

Hawaii Law requires that final payments to Escrow must be as follows:
(1) Hawaii clients must submit Cashier's Checks drawn on a Hawaii financial
institution, (2) Out-of-state clients must wire funds to BANK OF HAWAII,
MAIN BRANCH for credit to the account of TITLE GUARANTY ESCROW SERVICES,
INC.: Account number 01-029630, regarding Escrow number 861012909. All
other forms of payment will delay closing. Escrow must hold valid funds.

```
133,000.00+
   148.54+
   256.25+
     1.33+
    20.00+
   139.78+
   267.80+
     8.00+
    40.00+
    35.00+
133,916.70+
 2,500.00+
131,416.70+
133,916.70*
```

168 1271

BUYER/SELLER — KEEP THIS COPY FOR YOUR RECORDS          Form 53 (Rev. 1/81)

07/26/2000 WED 13:52 FAX 808 623 9441     MILILANI GOLF CLUB          → → →  SPORTS SHINKO CO     ☒001

```
                            FULL ASSESSMENT REPORT
    -------------------------------------------------------------------------
    TMK      : 195-001-007-0011              NAME  : GE  SPORTS SHINKO CO LTD
    Prop Addr: 95054 HOKUIWA ST    054/111NAME :
    -------------------------------------------------------------------------
                          >>> PROPERTY INFORMATION <<<

    MLS#/Status:  2006717 / ACT
    Name       : GRANTEE   SPORTS SHINKO CO LTD       Tax Record Status: ACTIVE
    Address    : 95054 HOKUIWA ST
    Unit/Apt   : 054/111
                 MILILANI TOWN           HI  96789    Tenure : FEE SIMPLE
    Tax Payer  : SPORTS SHINKO CO LTD                 Phone #:
    Tax Addr   : 95-176 KUAHELANI AVE
                 MILILANI                HI  96789
    User Remarks :
    Owner Occupd :
    Co Op        :            Company Flag :          Govrnmnt Flag :
    Lot Number   :                                    Vacant Land   :
                              Block Num:
    TCT Number   :  290238    LC App    :             File Pln (REG):
    LCC :        Public Rpt: 529  LC Condo Map :      LC Map        :
    MLS Neighbrhd:  MILILANI                          RS Condo Map  :
                                         County Nbhd: C384
    MLS Region   :  CENTRAL
    Subdivision  :  KUAHELANI APT
    Building Name:  KUAHELANI APTS
    Lot Sq Ft    :                       Acres:    .000  Bldg Sq Ft:   1,080
    -------------------------------------------------------------------------
                         >>> TAXES AND ASSESSMENTS <<<

    Assd Value (2000-2001)    Exempt Values      Taxes (1999-2000)
    ---------------------     -------------      -----------------
    Land       :   $52,800
    Buildings  :   $76,000          $                    $677.99
    Total      :  $128,800          $


       Tax Penalty       Tax Interest      Tax Payments       Tax Balance
          $.00              $.00             $339.00            $338.99
    -------------------------------------------------------------------------
    >> DEPT OF LAND UTILIZATION - EXACT ADDRESS UNKNOWN - POSSIBLE ADDRESS BELOW <<

    Address  : 95050 HOKUIWA ST
    Address  : 95054 HOKUIWA ST
    Address  : 95058 HOKUIWA ST
    Address  : 95062 HOKUIWA ST
    Address  : 95066 HOKUIWA ST
    Address  : 95134 KUAHELANI AVE
    Address  : 95138 KUAHELANI AVE
    Address  : 95142 KUAHELANI AVE
    Address  : 95146 KUAHELANI AVE
    Address  : 95150 KUAHELANI AVE
    Address  : 95154 KUAHELANI AVE
    Address  : NOT AVAILABLE
    Address  : NOT AVAILABLE

    -------------------------------------------------------------------------
                >>> DEPT OF LAND UTILIZATION DETAIL INFORMATION <<<
    Address: 95050 HOKUIWA ST                                   168 1272
```

Prepared by: Leona Soto on July 26, 2000

```
07/26/2000 WED 13:52 FAX 808 623 9441     MILILANI GOLF CLUB     →→→ SPORTS SHINKO CO     @00
```

```
                              FULL ASSESSMENT REPORT
----------------------------------------------------------------------------
TMK       : 195-001-007-0011                  NAME : GE  SPORTS SHINKO CO LTD
Prop Addr: 95054 HOKUIWA ST         054/111NAME :
----------------------------------------------------------------------------
                         >>> PROPERTY INFORMATION <<<

MLS#/Status:   2006717 / ACT                     Tax Record Status: ACTIVE
Name       : GRANTEE   SPORTS SHINKO CO LTD
Address    : 95054 HOKUIWA ST
Unit/Apt   : 054/111
             MILILANI TOWN          HI 96789    Tenure    :  FEE SIMPLE
Tax Payer: SPORTS SHINKO CO LTD                 Phone #:
Tax Addr : 95-176 KUAHELANI AVE

             MILILANI               HI 96789
User Remarks :
Owner Occupd :              Company Flag :      Govrnmnt Flag :
Co Op        :                                  Vacant Land   :
Lot Number   :              Block Num:          File Pln (REG):
TCT Number   :   290238     LC App   :          LC Map        :
LCC :       Public Rpt: 529 LC Condo Map :      RS Condo Map  :
MLS Neighbrhd: MILILANI        County Nbhd: C384
MLS Region  : CENTRAL
Subdivision : KUAHELANI APT
Building Name: KUAHELANI APTS
Lot Sq Ft   :               Acres:     .000  Bldg Sq Ft:      1,080
----------------------------------------------------------------------------
                        >>> TAXES AND ASSESSMENTS <<<

Assd Value (2000-2001)      Exempt Values    Taxes (1999-2000)
----------------------      -------------    -----------------
Land      :       $52,800         $                  $677.99
Buildings :       $76,000         $
Total     :      $128,800

         Tax Penalty     Tax Interest     Tax Payments     Tax Balance
              $.00            $.00            $339.00         $338.99
----------------------------------------------------------------------------
>> DEPT OF LAND UTILIZATION - EXACT ADDRESS UNKNOWN - POSSIBLE ADDRESS BELOW <

Address    :  95050 HOKUIWA ST
Address    :  95054 HOKUIWA ST
Address    :  95058 HOKUIWA ST
Address    :  95062 HOKUIWA ST
Address    :  95066 HOKUIWA ST
Address    :  95134 KUAHELANI AVE
Address    :  95138 KUAHELANI AVE
Address    :  95142 KUAHELANI AVE
Address    :  95146 KUAHELANI AVE
Address    :  95150 KUAHELANI AVE
Address    :  95154 KUAHELANI AVE
Address    :  NOT AVAILABLE
Address    :  NOT AVAILABLE

----------------------------------------------------------------------------
                 >>> DEPT OF LAND UTILIZATION DETAIL INFORMATION <<<

Address: 95050 HOKUIWA ST                                    168 1273

                       Prepared by: Leona Soto on July 26, 2000
```

```
                                        SPORTS SHINKO CO      @001
TENTATIVE BUYER STATEMENT FOR          ITEM A
                                        ESCROW NO: 86-101-2909
    SPORTS SHINKO (HAWAII) INC.
    C/O 2065 SOUTH KING ST.             RPT DATE : 10/24/86
    RM 307
    HONOLULU, HAWAII  96826             PROPERTY :
    C/O KEN UYEDA                       TMK     : (1) 9/5/1/007
                                        ADDRESS : 95-054 HOKUIWA ST.
                                                  #111
ESCROW AGENT:                           MILILANI, HAWAII  96789

TITLE GUARANTY ESCROW  SERVICES, INC.
    235 QUEEN STREET                    CONTRACT DATE  : 10/ 1/86
    FIRST FLOOR
    HONOLULU, HAWAII        96813

ATTN KAREN WAKAMURA
---------------------------------------------------------------------
 DESCRIPTION                            DEBITS/CHARGES    CREDITS
---------------------------------------------------------------------

Sales/purchase price                      133,000.00
Initial deposit                                             2,500.00


R.P. taxes 10/27/86 to 1/1/87  @  $417.78 /6MO    148.54
Maintenance fee 10/27/86 to 1/1/87  @  $120.12/1MO 256.25
Association dues10/27/86 to 11/1/86 @   $10.00/1MO   1.33

2 Months Assoc. Dues for Nov. & Dec. 1986          20.00
Title insurance prem to Long & Melone, Ltd.       139.78
Escrow fee to Title Guaranty Escrow               267.80
Notary fee to Title Guaranty Escrow                 8.00

Transfer fee toCertified Management                40.00
Record'g/Filing Fee                                35.00




Check for balance from buyer                              131,416.70
TOTALS :                                  133,916.70      133,916.70

NOTE:  PRORATIONS TO BE ADJUSTED TO DATE OF RECORDATION.
NOTE:  ATTORNEYS FEE TO CARLSMITH WICHMAN CASE MUKAI &
       ICHIKI TO BE HANDLED OUTSIDE OF ESCROW.

       * * * Home Exemption Information * * *

    If you intend to reside on the property you have just
purchased, you are allowed a Homeowners Exemption against your
Real Property Taxes.  Application should be made to the City
and County Director of Finance before December 31st.

         * * * * * * * * * * * * * * * * * * *

Hawaii Law requires that final payments to Escrow must be as follows:
(1) Hawaii clients must submit Cashier's Checks drawn on a Hawaii financial
institution, (2) Out-of-state clients must wire funds to BANK OF HAWAII,
MAIN BRANCH for credit to the account of TITLE GUARANTY ESCROW SERVICES,
INC.: Account number 01-029630, regarding Escrow number 861012909.  All
other forms of payment will delay closing.  Escrow must hold valid funds.


                        133,000.00+
                            148.54+
                            256.25+
                              1.33+
                             20.00+
                            139.78+
                            267.80+
                              8.00+
                             40.00+
                             35.00+
                        133,916.70*
                          2,500.00+
                        131,416.70+
                        133,916.70*
                                                       168 1274

             BUYER/SELLER — KEEP THIS COPY FOR YOUR RECORDS    Form 59 (Rev. 1/81)
```

The undersigned acknowledges receipt of:

[X] DROA
[ ] Seller's Counter Offer

and agrees to sell/buy the above described Property on the terms and conditions set forth in the above receipted document(s), and as modified by this Counter Offer. Seller agrees to pay a commission per Section D of the DROA if the terms of this Counter Offer are accepted. This Counter Offer can be withdrawn at any time prior to delivery of a written acceptance to the undersigned's broker.

EXPIRATION: This Counter Offer shall expire at __5:00__ AM/(PM) on __July 25__, __2000__.

Signed this __24th__ day of __July-24__, __2000__ at __10:00__ (AM)/PM.

Signature of Party Submitting Counter Offer
[ ] Buyer or [X] Seller

Signature of Party Submitting Counter Offer
[X] Buyer or [ ] Seller

---

**ACCEPTANCE OF COUNTER OFFER:** I/We accept this Counter Offer and agree to sell/buy the Property on the terms and conditions in the DROA, as modified by this Counter Offer and if applicable, Seller's Counter Offer; and acknowledge receipt of a copy of this Counter Offer.

Signed this __24th__ day of __July__, __2000__ at __6:20__ AM/(PM).

Signature of Party Accepting Counter Offer
[X] Buyer or [ ] Seller

Signature of Party Accepting Counter Offer
[ ] Buyer or [ ] Seller

---

If you wish to reject this Counter Offer, write "reject" across the acceptance language above and sign. If you wish to make a Counter Offer in response to Buyer's Counter Offer to Seller's Counter Offer, Seller must reject and Buyer to complete a new DROA form.

**ACKNOWLEDGMENT OF ACCEPTANCE:** The undersigned acknowledges receipt of a copy of the acceptance of this Counter Offer.

Date _____ at _____ AM/PM

Signature _____

**E. THERE IS NO WARRANTY ON PLAIN LANGUAGE.** An effort has been made to put this Agreement into plain language... THERE IS NO WARRANTY, EXPRESSED OR IMPLIED, THAT THIS AGREEMENT COMPLIES WITH CHAPTER 487A OF THE HAWAII REVISED STATUTES, AS AMENDED. This means that the Hawaii Association of REALTORS® is not liable to any Seller, Buyer, or other person who uses this form for any damage or penalty because of any violation of Chapter 487A. People are cautioned to see their own attorneys about Chapter 487A (and other laws that may apply).

BUYER'S INITIALS & DATE __SK__ 7/24/00

SELLER'S INITIALS & DATE __MS__ 7/25/00

Hawaii Association of REALTORS®   Page 2 of 2

168 1275