**FURUTANI, SATO & KOMATSUBARA**
ATTORNEYS AT LAW
SUITE 600, CENTRAL PACIFIC PLAZA
220 SOUTH KING STREET
HONOLULU, HAWAII 96813

MILES B. FURUTANI
e-mail mfurutani@hawaii.rr.com

Telephone:
(808)528-1000
Facsimile:
(808)523-5550

June 13, 2002

VIA FACSIMILE: 535-8003

Franklin K. Mukai, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
Honolulu, Hawaii 96813

Re: Resort Management Services (Hawaii), Inc.

Dear Mr. Mukai:

I am still awaiting a response from you regarding the issue of the termination fee payable from Sports Shinko to Resort Management Services. It was my understanding that we would, in good faith, be negotiating a mutually agreeable amount to be paid upon the closing of the sale of the Sports Shinko properties.

Please advise me whether or not a meeting to discuss a settlement would be in order. Thank you very much for your kind cooperation in this matter.

Very truly yours,

FURUTANI, SATO & KOMATSUBARA
Attorneys at Law

MILES B. FURUTANI

MBF:me

**EXHIBIT 4**