## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| William A. Bordner<br>Attorney for Defendant<br>and Third-Party Plaintiff<br>FRANKLIN K. MUKAI | bbordner@bmbe-law.com<br>turcia@bmbe-law.com | *May 22, 2006* |
| Robert A. Marks<br>Attorneys for Defendants<br>KIAHUNA GOLF CLUB, LLC;<br>KG KAUAI DEVELOPMENT, LLC;<br>PUKALANI GOLF CLUB, LLC;<br>KG MAUI DEVELOPMENT, LLC;<br>MILILANI GOLF CLUB, LLC;<br>QK HOTEL, LLC;<br>OR HOTEL, LLC; and<br>KG HOLDINGS, LLC | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | *May 22, 2006* |

DATED:   Honolulu, Hawai`i, May 22, 2006

/s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party
Defendants,
the SS Companies

614450_1 / 6850-5