PRICE OKAMOTO HIMENO & LUM

| | |
|---|---|
| WARREN PRICE III | 1212 |
| ROBERT A. MARKS | 2163 |

707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail:  wprice@pohlhawaii.com
         ram@pohlhawaii.com

Attorneys for Defendants
KG HOLDINGS, LLC, KIAHUNA
GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI
GOLF CLUB, LLC, KG MAUI
DEVELOPMENT, LLC, MILILANI
GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japan corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawaii limited liability company, et al.,<br><br>        Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al., | CV 04-00124 ACK-BMK<br>CONSOLIDATED CASES<br><br>[PROPOSED] ORDER GRANTING KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON MARCH 29, 2006, FILED ON APRIL 12, 2006; VACATING ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON MARCH 29, 2006; AND DENYING WITHOUT PREJUDICE KG |

| | |
|---|---|
| Third-Party Defendants. | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK, FILED JANUARY 13, 2006 |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br>    Plaintiff,<br>  vs.<br>PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br>    Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br>    Third-Party Plaintiff,<br>  vs.<br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br>    Third-Party Defendants | CV 04-00125 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br>    Plaintiff,<br>  vs.<br>KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company, et al.,<br>    Defendants,<br>  and<br>FRANKLIN K. MUKAI,<br>    Third-Party Plaintiff, | CV 04-00126 ACK-BMK |

| | |
|---|---|
| vs.<br>SPORTS SHINKO CO., LTD., a Delaware Corporation, et al.,<br>      Third-Party Defendants. | |
| SPORTS SHINKO CO., LTD., a Japan corporation,<br>      Plaintiff,<br>vs.<br>OR HOTEL, LLC, a Hawaii limited liability company, et al.,<br>      Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br>      Third-Party Plaintiff,<br>vs.<br>SPORTS SHINKO (USA) CO., LTD., a Delaware Corporation, et al.,<br>      Third-Party Defendants. | CV 04-00127 ACK-BMK |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br>      Plaintiff,<br>vs.<br>MILILANI GOLF CLUB, LLC, a Hawaii limited liability company; et al.,<br>      Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br>      Third-Party Plaintiff,<br>vs.<br>SPORTS SHINKO CO., LTD., a Japan Corporation, et al.,<br>      Third-Party Defendants. | CV 04-00128 ACK-BMK |

3

[PROPOSED]
ORDER GRANTING KG DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON MARCH 29, 2006, FILED ON APRIL 12, 2006; VACATING ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK/BMK FILED ON MARCH 29, 2006; AND DENYING WITHOUT PREJUDICE KG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN CV NO. 04-00128 ACK-BMK,
<u>FILED JANUARY 13, 2006</u>

The KG Defendants' Motion for Reconsideration of Order Denying Defendants' Motion for Summary Judgment In CV No. 04-00128 ACK/BMK filed on March 29, 2006 was timely filed on April 12, 2006 ("Reconsideration Motion"). Thereafter, the Sports Shinko Companies' Memorandum In Opposition to KG Defendants' Motion for Summary Judgment In CV No. 04-00128 ACK-BMK filed on March 29, 2006 ("Opposition Memorandum") was timely filed on May 22, 2006.  KG Defendants' Reply Memorandum In Support Of Motion For Reconsideration Of Order Denying Defendants' Motion For Summary Judgment In CV No. 04-00128 ACK/BMK filed on March 29, 2006 ("Reply Memorandum") was timely filed on June 16, 2006.

The Reconsideration Motion asked the Court to reconsider its Order Denying Defendants' Motion for Summary Judgment In CV No. 04-00128 ACK/BMK filed on March 29, 2006 ("MSJ Order") pursuant to Local Rule 60.1 of the Rules of the United States District Court for the District of Hawaii ("LR").

4

The Reconsideration Motion was set for decision as a non-hearing motion pursuant to LR7.2.

The Court, having considered the Reconsideration Motion, the Opposition Memorandum and the Reply Memorandum, and the complete record herein, hereby grants the Reconsideration Motion. The MSJ Order is vacated in its entirety, and no reference shall be made to it in further proceedings in these consolidated cases. KG Defendants' Motion for Summary Judgment in CV No. 04-00128 ACK-BMK, filed January 13, 2006 is hereby denied without prejudice.

IT IS SO ORDERED.

DATED:    Honolulu, Hawaii, _____.


_____
Alan C. Kay
Sr. United States District Judge