TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | Introduction ................................................................................................ | 2 |
| II. | Background ............................................................................................... | 3 |
| | A. Defendants' Purchase of Subject Properties .................................... | 3 |
| | B. The Pukalani STP ............................................................................ | 4 |
| | C. The *Lis Pendens* ............................................................................... | 5 |
| III. | Legal Argument ........................................................................................ | 7 |
| | A. The *Lis Pendens* Should Be Discharged Because the Plaintiff's Claims Do Not Affect the Subject Properties ................. | 8 |
| | B. Claims Under Haw. Rev. Stat. Ch. 651C are Limited to Money Damages, and Thus, Not Properly the Subject of a *Lis Pendens*.................................................................................... | 9 |
| | C. A *Lis Pendens* Cannot be Utilized by Plaintiff Merely Because It Wishes to Have a Collateral Interest to Secure Collection of a Judgment it Hopes to Recover, When the Plaintiff Does Not Assert a Claim to Title or Possession of the Subject Property ...................................................................... | 12 |
| |     1. The Purpose of a *Lis Pendens* Is To Provide Notice of Pending Litigation and Not to Make Plaintiffs Secured Creditors................................................................. | 12 |
| |     2. A Plaintiff Must Assert a Direct Claim to Title or a Right of Possession in the Subject Property in Order To Be Entitled to a *Lis Pendens*........................................... | 15 |
| | D. Neither the Plaintiff's Rescission Claim, Nor Any Other Claim for Equitable Relief, Entitles the Plaintiff to the *Lis Pendens*.................................................................................... | 17 |
| | E. Even if the Transfer of the Pukalani Properties were Rescinded, the Defendants Would Still Be Entitled to an Interest in the Pukalani Properties Under Haw. Rev. Stat. § 651C-8(d)(1)................................................................................ | 20 |
| IV. | Conclusion  ............................................................................................... | 22 |

i

## TABLE OF AUTHORITIES

**CASES**

| | |
|---|---|
| AIG Hawaii Ins. Co., Inc. v. Bateman, 82 Hawaii 453, 923 P.2d 325 (1996) | 18 |
| Beneficial Hawaii, Inc. v. Kida, 96 Hawaii 289, 30 P.3d 895 (2001) | 19 |
| Cole, Schotz, Bernstein, Meisel & Forman v. Owens, 679 A.2d 155 (N.J. Super. Ct. 1996) | 8 |
| C3 Media & Marketing Group, LLC v. Firstgate Internet, Inc., 419 F. Supp. 2d 419 (S.D.N.Y. 2005) | 18-19 |
| Dow Chemical Co. v. United States, 226 F.3d 1334 (2000) | 18 |
| Emhart Corp. v. McLarty, 226 Ga. 621, 176 S.E. 2d 698 (1970) | 20 |
| Knauer v. Foote, 101 Hawaii 81. 63 P.3d 389 (2003) | 16-17 |
| La Paglia v. Superior Court, 215 Cal.App. 3d 1322 (1989) | 16 |
| S. Utsunomiya Enterprises, Inc. v. Moomuku Country Club, 75 Haw. 480, 866 P.2d 951 (1994) | 7, 8, 13-16, 19 |
| Tewa Tesuque v. Morton, 360 F. Supp. 452 (D. N.M. 1973) | 20 |
| Zola v. Gordon, 685 F. Supp. 354 (S.D.N.Y. 1988) | 18 |

**STATUTES**

| | |
|---|---|
| Haw. Rev. Stat. § 634-51 | 12-13 |
| Haw. Rev. Stat. Ch. 651C | 5, 6 |
| Haw. Rev. Stat. § 651C-4 | 2, 5, 9 |
| Haw. Rev. Stat. § 651C-5 | 2, 5, 9 |
| Haw. Rev. Stat. § 651C-7 | 9, 11 |

## TABLE OF AUTHORITIES (cont'd)

Haw. Rev. Stat. § 651C-8 ............................................................................... 9, 10, 12, 20, 21

11 U.S.C. § 550 ............................................................................................... 9, 10, 12

### OTHER AUTHORITIES

13 Am. Jur. 2d Cancellation of Instruments § 48 (2005) .............................. 20

51 Am Jur 2d *Lis Pendens* §28 (2005) .......................................................... 8

12A C.J.S. Cancellation of Instruments § 3 (2005) ........................................ 18

12A C.J.S. Cancellation of Instruments §9 (2005) ......................................... 18

Uniform Fraudulent Transfer Act § 8 cmt. (2) (1984) ................................... 9, 11