2160-1
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
(bbordner@bmbe-law.com)
JOHN REYES-BURKE 6251-0
(jburke@bmbe-law.com)
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>　　　　　　　　Defendants. | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case)<br><br>DEFENDANT AND THIRD-PARTY PLAINTIFF FRANKLIN K. MUKAI'S STATEMENT OF NO OPPOSITION TO CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION FILED ON FEBRUARY 20, 2004, FILED ON JUNE 27, 2006; CERTIFICATE OF SERVICE |

| | |
|---|---|
| FRANKLIN K. MUKAI,<br><br>                Third-Party<br>                Plaintiff,<br><br>     vs.<br><br>SPORTS SHINKO (USA) CO.;<br>LTD., a Delaware corporation;<br>SPORTS SHINKO (HAWAII) CO.,<br>LTD., a Hawai`i corporation;<br>SPORTS SHINKO (MILILANI) CO.,<br>LTD., a Hawai`i corporation;<br>SPORTS SHINKO (KAUAI) CO.,<br>LTD., a Hawai`i corporation;<br>SPORTS SHINKO (PUKALANI)<br>CO., LTD., a Hawai`i corporation;<br>SPORTS SHINKO RESORT<br>HOTEL CORPORATION, a<br>Hawai`i corporation; SPORTS<br>SHINKO (WAIKIKI)<br>CORPORATION, a Hawai`i<br>corporation; and OCEAN RESORT<br>HOTEL CORPORATION, a<br>Hawai`i corporation,<br><br>                Third-Party<br>                Defendants. | HEARING<br>DATE:  September 25, 2006<br>TIME:  9:30 AM<br>JUDGE:  Hon. Alan C. Kay<br><br><br>(No trial date assigned.) |
| SPORTS SHINKO (USA) CO., LTD.,<br>a Delaware corporation,<br><br>                Plaintiff,<br><br>     vs.<br><br>PUKALANI GOLF CLUB, LLC, a<br>Hawai`i limited liability company; KG<br>MAUI DEVELOPMENT, LLC, a | CIVIL NO.  04-00125 ACK/BMK |

2

Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,

                Defendants.

---

FRANKLIN K. MUKAI,

                Third-Party Plaintiff,

vs.

SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,

                Third-Party Defendants.

3

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>              Plaintiff,<br><br>  vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>              Defendants.<br><br>FRANKLIN K. MUKAI,<br><br>              Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a | CIVIL NO. 04-00126 ACK/BMK |

4

Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,

    Third-Party Defendants.

---

SPORTS SHINKO CO., LTD., a Japanese corporation,

    Plaintiff,

 vs.

OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,

    Defendants.

---

FRANKLIN K. MUKAI,

    Third-Party Plaintiff,

 vs.

CIVIL NO. 04-00127 ACK/BMK

| | |
|---|---|
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>            Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | CIVIL NO. 04-00128 ACK/BMK |

FRANKLIN K. MUKAI,

        Third-Party Plaintiff,

  vs.

SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,

        Third-Party Defendants.

**DEFENDANT AND THIRD-PARTY PLAINTIFF FRANKLIN K. MUKAI'S STATEMENT OF NO OPPOSITION TO CERTAIN KG DEFENDANTS' MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION FILED ON FEBRUARY 20, 2004, FILED ON JUNE 27, 2006**

Defendant and Third-Party Plaintiff FRANKLIN K. MUKAI hereby states that he has no opposition to Certain KG Defendants' Motion To Expunge Notice of Pendency of Action Filed On February 20, 2004, filed in this case on June 27, 2006.

DATED: Honolulu, Hawaii, September 7, 2006.

      /s/ William A. Bordner
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant and
Third-Party Plaintiff
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>    Defendants.<br><br>_____<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party Plaintiff,<br><br> vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS | CIVIL NO. 04-00124 ACK/BMK (Consolidated Case)<br><br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>        Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>        Defendants. | CIVIL NO. 04-00125 ACK/BMK |
| FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a | |

2

| | |
|---|---|
| Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, | |
| Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, | CIVIL NO. 04-00126 ACK/BMK |
| Plaintiff, | |
| vs. | |
| KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, | |

3

a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,

                Defendants.

FRANKLIN K. MUKAI,

                Third-Party Plaintiff,

   vs.

SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,

                Third-Party Defendants.

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CIVIL NO. 04-00127 ACK/BMK |
| Plaintiff, | |
| vs. | |
| OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | |
| Defendants. | |
| FRANKLIN K. MUKAI, | |
| Third-Party Plaintiff, | |
| vs. | |
| SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT | |

5

| | |
|---|---|
| HOTEL CORPORATION, a Hawai`i corporation,<br><br>            Third-Party Defendants. | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG HOLDINGS LLC, Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>            Defendants. | CIVIL NO. 04-00128 ACK/BMK |
| FRANKLIN K. MUKAI,<br><br>            Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS | |

6

| |
|---|
| SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>    Third-Party Defendants. |

# **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a copy of the foregoing document was duly served on the following parties in the manner specified below, on September 7, 2006, addressed as follows:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| PAUL ALSTON, ESQ. | palston@ahfi.com<br>gp@ahfi.com<br>ijm@ahfi.com | 9/7/06 |
| GLENN T. MELCHINGER, ESQ.<br>Attorneys for Plaintiff | gtm@ahfi.com<br>cching@ahfi.com<br>kmuller@ahfi.com | 9/7/06 |

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| ROBERT A. MARKS, ESQ. | ram@pohlhawaii.com<br>sfujioka@pohlhawaii.com | 9/7/06 |

Attorney for Defendants
KG HOLDINGS, LLC; KG KAUAI DEVELOPMENT, LLC;
KG MAUI DEVELOPMENT, LLC; KIAHUNA GOLF CLUB, LLC;
MILILANI GOLF CLUB, LLC; OR HOTEL, LLC;
PUKALANI GOLF CLUB, LLC; PUKALANI GOLF CLUB, LLC;
QK HOTEL, LLC

Served via U.S. Mail:

| | |
|---|---|
| WARREN PRICE, III, ESQ.<br>Price Okamoto Himeno & Lum<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813 | 9/7/06 |

Attorney for Defendants
KG HOLDINGS, LLC; KG KAUAI DEVELOPMENT, LLC;
KG MAUI DEVELOPMENT, LLC; KIAHUNA GOLF CLUB, LLC;
MILILANI GOLF CLUB, LLC; OR HOTEL, LLC;
PUKALANI GOLF CLUB, LLC; PUKALANI GOLF CLUB, LLC;
QK HOTEL, LLC

DATED:  Honolulu, Hawaii, September 7, 2006.

        /s/ William A. Bordner
WILLIAM A. BORDNER
JOHN REYES-BURKE
Attorneys for Defendant and
Third-Party Plaintiff
FRANKLIN K. MUKAI