2160-1

Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
(bbordner@bmbe-law.com)
JOHN REYES-BURKE 6251-0
(jburke@bmbe-law.com)
Suite 3100 - Mauka Tower
Pacific Guardian Center
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
FRANKLIN K. MUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>                 Plaintiff,<br><br>   vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>             Defendants. | CIVIL NO.  04-00124 ACK/BMK (Consolidated Case)<br><br>**CERTIFICATE OF SERVICE RE:** DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUESTS FOR ANSWERS TO INTERROGATORIES TO PLAINTIFFS IN CIVIL NOS. 04-00124 ACK/BMK, 04-00125ACK/BMK, 04-00126ACK/BMK, 04-00127ACK/BMK, and 04-00128ACK/BMK<br><br>(No trial date assigned.) |

SPORTS SHINKO (USA) CO., LTD., a
Delaware corporation,

        Plaintiff,

    vs.

PUKALANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai`i limited liability company; KG
HOLDINGS, LLC, a Hawai`i limited
liability company, FRANKLIN K.
MUKAI,

        Defendants.

CIVIL NO.  04-00125 ACK/BMK

---

SPORTS SHINKO (USA) CO., LTD.,
a Delaware corporation,

        Plaintiff,

    vs.

KIAHUNA GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
KAUAI DEVELOPMENT, LLC, a
Hawai`i limited liability company;
PUKALANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
MAUI DEVELOPMENT, LLC, a
Hawai`i limited liability company;
MILILANI GOLF CLUB, LLC, a
Hawai`i limited liability company; QK
HOTEL, LLC, a Hawai`i limited
liability company; OR HOTEL, LLC, a
Hawai`i limited liability company, and
KG HOLDINGS, LLC, a Hawai`i

CIVIL NO.  04-00126 ACK/BMK

limited liability company, FRANKLIN
K. MUKAI,

                Defendants.

---

CIVIL NO.  04-00127 ACK/BMK

SPORTS SHINKO CO., LTD., a
Japanese corporation,

                Plaintiff,

      vs.

OR HOTEL, LLC, a Hawai`i limited
liability company, KG HOLDINGS,
LLC, a Hawai`i limited liability
company, FRANKLIN K. MUKAI,

                Defendants.

---

CIVIL NO.  04-00128 ACK/BMK

SPORTS SHINKO (USA) CO., LTD., a
Delaware corporation,

                Plaintiff,

      vs.

MILILANI GOLF CLUB, LLC, a
Hawai`i limited liability company; KG
HOLDINGS LLC, Hawai`i limited
liability company, FRANKLIN K.
MUKAI,

                Defendants.

**CERTIFICATE OF SERVICE RE:**
**DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUESTS FOR**
**ANSWERS TO INTERROGATORIES TO PLAINTIFFS IN CIVIL NOS.**
**04-00124 ACK/BMK, 04-00125ACK/BMK, 04-00126ACK/BMK,**
**04-00127ACK/BMK, AND 04-00128ACK/BMK**

I HEREBY CERTIFY that on October 19, 2006 by the methods of

service noted below, a true and correct copy of the documents listed below were

served on the following at their last known addresses:

Documents Served:

1. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR
   ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO.
   CV-04-00124 ACK/BMK)

2. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR
   ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO.
   CV-04-00125 ACK/BMK)

3. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR
   ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO.
   CV-04-00126 ACK/BMK)

4. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR
   ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO.
   CV-04-00127 ACK/BMK)

5. DEFENDANT FRANKLIN K. MUKAI'S FIRST REQUEST FOR
   ANSWERS TO INTERROGATORIES TO PLAINTIFF (IN CIVIL NO.
   CV-04-00128 ACK/BMK)

Parties Served By Hand Delivery:

       PAUL ALSTON, ESQ.
       GLENN T. MELCHINGER, ESQ.
       Alston Hunt Floyd & Ing
       1800 ASB Tower
       1001 Bishop Street
       Honolulu, HI  96813

           Attorneys for Plaintiffs

       WARREN PRICE, III, ESQ.
       ROBERT A. MARKS, ESQ.
       Price Okamoto Himeno & Lum
       728 Ocean View Center
       707 Richards Street
       Honolulu, HI  96813

           Attorney for Defendants
           KG HOLDINGS, LLC
           KG KAUAI DEVELOPMENT, LLC;
           KG MAUI DEVELOPMENT, LLC;
           KIAHUNA GOLF CLUB, LLC;
           MILILANI GOLF CLUB, LLC
           OR HOTEL, LLC;
           PUKALANI GOLF CLUB, LLC
           PUKALANI GOLF CLUB, LLC;
           and QK HOTEL, LLC

DATED:  Honolulu, Hawaii, October 19, 2006.


                    /s/ John Reyes-Burke
              WILLIAM A. BORDNER
              JOHN REYES-BURKE
              Attorneys for Defendant
              FRANKLIN K. MUKAI