Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation



PAUL ALSTON                1126
NEIL F. HULBERT           1143
GLENN T. MELCHINGER  7135
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Petitioner
Keijiro Kimura, Deputy Trustee in
Bankruptcy of SPORTS SHINKO
KABUSHIKI KAISHA

## UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF HAWAI'I

| | |
|---|---|
| In re:<br><br>SPORTS SHINKO KABUSHIKI KAISHA, a Japan corporation,<br><br>Debtor. | AN NO. 02-04131<br><br>**ORDER GRANTING PETITION TO COMMENCE CASE ANCILLARY TO FOREIGN PROCEEDING UNDER 11 U.S.C. § 304, FILED NOVEMBER 25, 2002** |

CERTIFIED as a true copy of the document on file at the United States Bankruptcy Court, District of Hawaii.
Michael B. Dowling, Clerk of Court

By: _____
     Deputy Clerk
Date: ___NOV 0 7 2006___  No of pages: 4

218018-1/6850-3

EXHIBIT 3

## ORDER GRANTING PETITION TO COMMENCE CASE ANCILLARY TO FOREIGN PROCEEDING UNDER 11 U.S.C. § 304, FILED NOVEMBER 25, 2002

The Court, having considered the Petition to Commence Case Ancillary to Foreign Proceeding under 11 U.S.C. § 304 filed herein on November 25, 2002, the Memorandum of Law in Support of Petition, and the declarations and exhibits attached thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.    The Petition is GRANTED; and

2.    Any persons or entities in possession, custody, or control of information pertaining to [Sports Shinko Kabushiki Kaisha, a Japan corporation, also known as Sports Shinko Co., Ltd.,] ~~SS Japan~~ and its direct and indirect United States subsidiaries shall preserve and submit the information to Petitioner and/or his designees in response to subpoenas;

3.    Petitioner is authorized to conduct discovery under Bankruptcy Rule 2004; and

4.    Pursuant to the Courts' Order of January 16, 2003, Petitioner may hereafter, by *ex parte* motion, seek leave to amend

his Petition to seek legal and/or equitable relief which may be appropriate to marshal assets or otherwise promote an economical and expeditious reorganization of the Debtor.

DATED: Honolulu, Hawai'i,_____FEB 1 1 2003_____2003.

_____
United States Bankruptcy Judge

---

*In re Sports Shinko Kabushiki Kaisha*, AN No. 02-04131, United States Bankruptcy Court, District of Hawaii; **ORDER GRANTING PETITION TO COMMENCE CASE ANCILLARY TO FOREIGN PROCEEDING UNDER 11 U.S.C. § 304, FILED NOVEMBER 25, 2002**

Office of the U.S. Truste

Paul Alston, Esq.
1001 Bishop St., 18th Fl.
Honolulu, HI  96813

CERTIFICATION OF SERVICE
I HEREBY CERTIFY THAT THE ATTACHED
ORDER/JUDGMENT WAS MAILED ON
_____ TO THE ABOVE
NAMED PARTIES IN INTEREST.

_____
DEPUTY CLERK