

### Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

## Business Information

Purchase a Certificate of Good Standing for this business:

Electronic COGS | $7.50
Print unlimited copies using your computer.

Printed COGS | $7.50 each
Mailed to you or available for pickup.

### General Information

| | |
|---|---|
| Master Name | HONOLULU PROFESSIONAL SERVICES, LTD. |
| Business Type | Domestic Profit Corporation |
| File Number | 33413 D1 |
| Status | Active |
| Purpose | PROFESSIONAL SERVICES |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | May 12, 1977 |
| Mailing Address | 99-994 IWAENA ST STE C AIEA Hawaii 96701 United States of America |
| Term | PER |
| Agent Name | THOMAS E. HAYES |
| Agent Address | 99-994 IWAENA ST., STE L AIEA Hawaii 96701 United States of America |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

### Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 100 | 100 | | |

### Officers

| Name | Office | Date |
|---|---|---|
| HAYES, THOMAS | P/S/T/D | Apr 1, 2004 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Aug 30, 2002 | Designation of Agent | Designation of Agent |

# EXHIBIT 5