Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; and KG MAUI DEVELOPMENT, LLC, a Hawai'i limited liability company,<br><br>Defendants. | CIVIL NO. CV04 00125 HG LEK<br><br>**COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (PUKALANI); SUMMONS** |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By_____ Deputy

208519-6/6850-5

EXHIBIT 9A

## COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (PUKALANI)

Plaintiff SPORTS SHINKO (USA), CO., LTD. ("SS USA"), by and through its undersigned attorneys, brings this action to set aside transfer made in violation of the Uniform Fraudulent Transfer Act, HRS Ch. 651C. SS USA seeks damages as well as equitable and declaratory relief.

### PARTIES

1. Plaintiff SS USA is a corporation organized and operating under the laws of Delaware. Its principal place of business is in West Virginia. SS USA's majority owner is Sports Shinko Co., Ltd. ("SS Japan"), a Japanese corporation. SS Japan is in reorganization under Japanese law under the control of Trustee Mutsuo Tahara and Deputy Trustee Keijiro Kimura (collectively, the "Trustee"). Keijiro Kimura is President of Sports Shinko (Hawai'i) Co., Ltd. ("SSH"), a Hawai'i corporation, which is wholly owned by SS USA. SSH owns all the stock of Sports Shinko (Pukalani) Co., Ltd.

D.  Order an accounting of all revenues received and expenses paid by Defendants PGC and KGMD in connection with the Pukalani Properties; and

E.  Award SS USA damages commensurate with the proof at trial as well as its attorneys' fees and costs, and such other and further relief as may be just and proper.

DATED: Honolulu, Hawai'i, February 20, 2004.

*/s/*

PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff