Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON             1126-0
GLENN T. MELCHINGER     7135-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2004

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai'i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai'i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai'i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company; | CIVIL NO. CV04 00126 SPK KSC<br><br>COMPLAINT REGARDING FRAUDULENT TRANSFER (KAUA'I); SUMMONS |

225967-3/6850-5

EXHIBIT 9B

QK HOTEL, LLC, a Hawai'i )
limited liability company; OR )
HOTEL, LLC, a Hawai'i limited )
liability company, and KG )
HOLDINGS, LLC, a Hawai'i )
limited liability company, )
)
      Defendants. )
_____ )

# COMPLAINT REGARDING FRAUDULENT TRANSFER (KAUA'I)

Plaintiff SPORTS SHINKO (USA) CO., LTD. ("SS USA"), through its undersigned attorneys, brings this action for relief relating to a transfer made in violation of the Uniform Fraudulent Transfer Act, Ch. 651C, HRS, and other claims.

## PARTIES

1. Plaintiff SS USA is a corporation organized and operating under the laws of Delaware. Its principal place of business is in Virginia. SS USA's majority owner is Sports Shinko Co., Ltd. ("SS Japan"), a Japan corporation. SS Japan is in reorganization under Japan law under the control of Trustee Mutsuo Tahara and Deputy Trustee Keijiro Kimura (collectively, the "Trustee"). Keijiro Kimura is now President of Sports Shinko

225967-3/6850 5

2

B.  Order an accounting of all net proceeds in the original transfer from SSK to KG Kauai, any profits earned thereon, and of the value realized by each of the KG SUBSIDIARIES from the payment of the Mortgage;

C.  Impose a constructive trust and a lien upon the assets of each of the KG SUBSIDIARIES to the extent that the proceeds from the sale to Resnick's nominee were used to reduce the pre-existing mortgage lien upon their properties; and

D.  Award SS USA damages commensurate with the proof at trial as well as its attorneys' fees, costs, and such other and further relief as may be just and proper.

DATED:  Honolulu, Hawai'i, February 20, 2004.

_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff