Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON            1126-0
GLENN T. MELCHINGER    7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, <br><br>  Plaintiff, <br><br> vs. <br><br> MILILANI GOLF CLUB, LLC, a Hawai'i limited liability company, <br><br>  Defendant. | CIVIL NO. CV04-00128 HG <br><br> **COMPLAINT TO SET ASIDE FRAUDULENT TRANSFER (MILILANI GOLF CLUB); SUMMONS** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2004

at 11 o'clock and __ min. __M
WALTER A.Y.H. CHINN, CLERK

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

**COMPLAINT TO SET ASIDE FRAUDULENT
TRANSFER (MILILANI GOLF CLUB)**

208582-6/6950-1

EXHIBIT 9C

Plaintiff SPORTS SHINKO (USA) CO., LTD. ("SS USA"), through its undersigned attorneys, brings this action to set aside a transfer made in violation of the Uniform Fraudulent Transfer Act, HRS Ch. 651C. SS USA seeks damages as well as equitable and declaratory relief.

**PARTIES**

1. Plaintiff SS USA is a corporation organized and operating under the laws of Delaware. Its principal place of business is in West Virginia. SS USA's majority owner is Sports Shinko Co., Ltd. ("SS Japan"), a Japanese corporation. SS Japan is in reorganization under Japanese law under the control of Trustee Mutsuo Tahara and Deputy Trustee Keijiro Kimura (collectively, the "Trustee"). Keijiro Kimura is President of Sports Shinko (Hawai'i) Co., Ltd. ("SSH"), a Hawai'i corporation, which is wholly owned by SS USA. SSH owns all the stock of Sports Shinko (Mililani) Co., Ltd.

2. Defendant MILILANI GOLF CLUB, LLC ("MGC") is a Hawai'i limited liability company, with its principal place of business in the State of Hawai'i.

WHEREFORE, SS USA requests that the Court:

A. Declare that SSM's transfer of the Mililani Golf Club to Defendant MGC was fraudulent as to SS USA;

B. Avoid that transfer to the extent necessary to satisfy SS USA's claim;

C. Impose a constructive trust on all assets transferred by SSM to Defendant MGC and all profits earned thereon;

D. Order an accounting of all revenues received and expenses paid by Defendant MGC in connection with the Mililani Golf Club; and

E. Award SS USA damages commensurate with the proof at trial as well as its attorneys' fees and costs, and such other and further relief as may be just and proper.

DATED: Honolulu, Hawai'i, 2/20/04.

PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff

208582-6/5850-1                          6