1    MARTIN J. FOLEY (State Bar No. 64083)
2    MICHAEL E. PAPPAS (State Bar No. 130400)
     AZNIV KSACHIKYAN (State Bar No. 204479)
3    SONNENSCHEIN NATH & ROSENTHAL LLP
     601 South Figueroa Street, Suite 1500
4    Los Angeles, California 90017
     Telephone: (213) 623-9300
     Facsimile: (213) 623-9924

5

6    ROBERT J. GAGLIONE (State Bar No. 118512)
     ROBERT B. WITIES (States Bar No. 116394)
7    GAGLIONE LAW GROUP
     750 B Street, Suite 3401
8    San Diego, California 92101
     Telephone: (619) 238-6000
     Facsimile: (619) 238-6001

9

10   Attorneys for Plaintiffs
     Sports Shinko (U.S.A.) Co., Ltd.,
     and LC Hotel and Spa Corporation



F I L E D
Clerk of the Superior Court

FEB 06 2004
TN
By: Lisa Von Nordheim, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| SPORTS SHINKO (U.S.A.) CO., LTD., a Delaware corporation, and LC HOTEL AND SPA CORPORATION, a California corporation, | No. GIC 809347 |
| Plaintiffs, | PLAINTIFFS' FIRST AMENDED COMPLAINT FOR (1) BREACH OF FIDUCIARY DUTY; (2) BREACH OF FIDUCIARY DUTY (THOMPSON); (3) INTENTIONAL CONCEALMENT; (4) CONSTRUCTIVE FRAUD; (5) BREACH OF CONTRACT; AND (6) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING |
| vs. | |
| RONALD W. THOMPSON, an individual, TOSHIO KINOSHITA, an individual, TAKESHI KINOSHITA, an individual, and LA COSTA COMPANY LP, a Delaware limited partnership, and DOES 1-100, inclusive, | |
| Defendants. | Assigned to the Honorable Linda B. Quinn Dept: 74 Complaint Filed: April 18, 2003 Trial Date: None |
| AND RELATED CROSS-ACTION. | |

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR (1) BREACH OF FIDUCIARY DUTY; (2) BREACH OF
FIDUCIARY DUTY (THOMPSON); (3) INTENTIONAL CONCEALMENT; (4) CONSTRUCTIVE FRAUD;
(5) BREACH OF CONTRACT; AND (6) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR
DEALING

EXHIBIT 14

1  Plaintiffs Sports Shinko (U.S.A.) Co., Ltd., a Delaware corporation, and LC Hotel and

2  Spa Corporation, a California corporation, for causes of action against defendants allege, as

3  follows:

4  **PARTIES**

5  1.    Plaintiff Sports Shinko (U.S.A.) Co., Ltd., ("Sports Shinko") is a corporation

6  organized and existing under and by virtue of the laws of the state of California with its

7  principal place of business located in San Diego County, California.

8  2.    Plaintiff LC Hotel & Spa Corporation ("La Costa Corp."), formerly known as

9  La Costa Hotel and Spa Corporation, is a corporation organized and existing under and by

10  virtue of the laws of the state of California with its principal place of business in San Diego

11  County, California, and at all times herein mentioned was a wholly-owned subsidiary of Sports

12  Shinko.

13  3.    Defendant Ronald W. Thompson ("Thompson") is an individual residing in the

14  state of Maryland, and was, at all times relevant hereto, the President and Chief Executive

15  Officer of Capital Hotel Group, Inc., ("CHG") and controlled the acts and activities of that

16  corporation, as well as the President, and the individual who controlled the acts and activities,

17  of Takron, Inc., ("Takron"), which was the general partner of defendant La Costa Company LP

18  ("La Costa LP").

19  4.    Defendant Toshio Kinoshita is an individual residing in Japan, and at all times

20  relevant hereto was a Director and the Chairman of Sports Shinko, a Director and Chairman of

21  La Costa Corp., a Director and President of Encinitas Resort Corporation ("Encinitas"), and a

22  Director and President of La Costa (TDMK) Co. Ltd. ("La Costa (TDMK)").  At all times

23  relevant hereto Encinitas and La Costa (TDMK) were wholly-owned subsidiaries of Sports

24  Shinko and affiliated sister corporations of the La Costa Corp.

25  5.    Defendant Takeshi Kinoshita is an individual residing in Marin County,

26  California, and at all time relevant hereto was a Director and Executive Vice President of

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

27

28

-2-

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR (1) BREACH OF FIDUCIARY DUTY; (2) BREACH OF
FIDUCIARY DUTY (THOMPSON); (3) INTENTIONAL CONCEALMENT; (4) CONSTRUCTIVE FRAUD;
(5) BREACH OF CONTRACT; AND (6) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR
DEALING

3.     On the Third Cause of Action,

    a.     For general damages in an amount to be proven at trial;

    b.     For an award of punitive and exemplary damages;

4.     On the Fourth Cause of Action,

    a.     For general damages in an amount to be proven at trial;

    b.     For an award of punitive and exemplary damages;

5.     On the Fifth Cause of Action,

    a.     For general damages in an amount to be proven at trial,

6.     On the Sixth Cause of Action,

    a.     For general damages in an amount to be proven at trial,

7.     For interest, according to proof,

8.     For Plaintiffs' cost of suit herein; and

9.     For such other and further relief which the Court may deem just and proper in the circumstances.

Dated: February 4, 2003

SONNENSCHEIN NATH & ROSENTHAL LLP
MARTIN J. FOLEY
MICHAEL E. PAPPAS
AZNIV KSACHIKYAN

GAGLIONE LAW GROUP
ROBERT GAGLIONE
ROBERT B. WITIES

30191501

By _____
MARTIN J. FOLEY
Attorneys for Plaintiffs
Sports Shinko (U.S.A.) Ltd., Co., and LC Hotel and Spa Corporation

DATE: 10/31/06
Attest: A true copy,
Clerk of the Superior Court
By _____ Deputy
D. Johnson

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

-20-

PLAINTIFFS' FIRST AMENDED COMPLAINT FOR (1) BREACH OF FIDUCIARY DUTY; (2) BREACH OF FIDUCIARY DUTY (THOMPSON); (3) INTENTIONAL CONCEALMENT; (4) CONSTRUCTIVE FRAUD; (5) BREACH OF CONTRACT; AND (6) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING