IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>        Plaintiff,<br>vs.<br>QK HOTEL, LLC, et al.,<br>        Defendants,<br>   and<br>FRANKLIN K. MUKAI,<br>        Third-Party Plaintiff,<br>vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>        Third-Party Defendants,<br>   and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>        Third-Party Defendants/<br>        Counterclaimants,<br>vs.<br>QK HOTEL, LLC, et al.,<br>        Third-Party Counterclaim<br>        Defendants.<br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically through CM/ECF on the following on November 16, 2006:

2

PAUL ALSTON, ESQ.                palston@ahfi.com
GLENN T. MELCHINGER, ESQ.        gmelchinger@ahfi.com

    Attorneys for Plaintiffs
    SPORTS SHINKO CO., LTD. and
    SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.            bbordner@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, November 16, 2006.

                    /s/ Robert A. Marks
                    WARREN PRICE III
                    ROBERT A. MARKS

                    Attorneys for Defendants
                    KG Holdings, LLC, QK Hotel, LLC, OR
                    Hotel, LLC, Pukalani Golf Club, LLC, KG
                    Maui Development, LLC, Mililani Golf
                    Club, LLC, Kiahuna Golf Club, LLC and
                    KG Kauai Development, LLC