IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, <br><br> Plaintiff, <br><br> v. <br><br> QK HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, <br><br> Defendants, <br><br> and <br><br> FRANKLIN K. MUKAI, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation; and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation, <br><br> Third-Party Defendants. | Civ. No. 04-00124 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> **ORDER REGARDING EX PARTE MOTION TO SEAL DOCUMENTS** |

```
SPORTS SHINKO (USA) CO., LTD.,  )  Civ. No. 04-00125 ACK-BMK
a Delaware corporation,         )
                                )
         Plaintiff,             )
                                )
     v.                         )
                                )
PUKALANI GOLF CLUB, LLC, a      )
Hawai`i limited liability       )
company; KG MAUI DEVELOPMENT,   )
LLC, a Hawai`i limited          )
liability company; KG HOLDINGS, )
LLC, a Hawai`i limited          )
liability company, FRANKLIN K.  )
MUKAI,                          )
                                )
         Defendants,            )
                                )
     and                        )
                                )
FRANKLIN K. MUKAI,              )
                                )
         Third-Party            )
         Plaintiff,             )
                                )
     v.                         )
                                )
SPORTS SHINKO CO., LTD.,        )
a Japan corporation, SPORTS     )
SHINKO (HAWAII) CO., LTD.,      )
a Hawai`i corporation, SPORTS   )
SHINKO (MILILANI) CO., LTD.,    )
a Hawai`i corporation, SPORTS   )
SHINKO (KAUAI) CO., LTD.,       )
a Hawai`i corporation, SPORTS   )
SHINKO (PUKALANI) CO., LTD., a  )
Hawai`i corporation, SPORTS     )
SHINKO RESORT HOTEL             )
CORPORATION, a Hawai`i          )
corporation, SPORTS SHINKO      )
(WAIKIKI) CORPORATION,          )
a Hawai`i corporation, and      )
OCEAN RESORT HOTEL CORPORATION, )
a Hawai`i corporation,          )
                                )
         Third-Party            )
         Defendants.            )
```

ii

```
_____    )
                                    )
SPORTS SHINKO (USA) CO., LTD, a     )   Civ. No. 04-00126 ACK-BMK
Delaware corporation,               )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )
KIAHUNA GOLF CLUB, LLC, a           )
Hawaiʻi limited liability           )
company; KG KAUAI DEVELOPMENT,      )
LLC, a Hawaiʻi limited liability    )
company; PUKALANI GOLF CLUB,        )
LLC, a Hawaiʻi limited liability    )
company; KG MAUI DEVELOPMENT,       )
LLC, a Hawaiʻi limited liability    )
company; MILILANI GOLF CLUB,        )
LLC, a Hawaiʻi limited liability    )
company; QK HOTEL, LLC, a           )
Hawaiʻi limited liability           )
company; OR HOTEL, LLC, a           )
Hawaiʻi limited liability           )
company, and KG HOLDINGS, LLC,      )
a Hawaiʻi limited liability         )
company,                            )
                                    )
          Defendants,               )
                                    )
     and                            )
                                    )
FRANKLIN K. MUKAI,                  )
                                    )
          Third-Party               )
          Plaintiff,                )
                                    )
     v.                             )
                                    )
SPORTS SHINKO CO., LTD., a          )
Japan corporation, SPORTS           )
SHINKO (HAWAII) CO., LTD., a        )
Hawai`i corporation, SPORTS         )
SHINKO (MILILANI) CO., LTD., a      )
Hawai`i corporation, SPORTS         )
SHINKO (KAUAI) CO., LTD., a         )
Hawai`i corporation, SPORTS         )
SHINKO (PUKALANI) CO., LTD., a      )
Hawai`i corporation, SPORTS         )
```

iii

```
SHINKO RESORT HOTEL              )
CORPORATION, a Hawai`i           )
corporation, SPORTS SHINKO       )
(WAIKIKI) CORPORATION, a         )
Hawai`i corporation and OCEAN    )
RESORT HOTEL CORPORATION, a      )
Hawai`i corporation,             )
                                 )
         Third-Party             )
         Defendants.             )
_____)

SPORTS SHINKO CO., LTD., a       )  Civ. No. 04-00127 ACK-BMK
Japanese corporation,            )
                                 )
         Plaintiff,              )
                                 )
     v.                          )
                                 )
OR HOTEL, LLC, a Hawai`i         )
limited liability company, KG    )
HOLDINGS, LLC, a Hawai`i         )
limited liability company,       )
FRANKLIN K. MUKAI,               )
                                 )
         Defendants,             )
                                 )
     and                         )
                                 )
FRANKLIN K. MUKAI,               )
                                 )
         Third-Party             )
         Plaintiff,              )
                                 )
     v.                          )
                                 )
SPORTS SHINKO (USA) CO., LTD.,   )
a Delaware corporation; SPORTS   )
SHINKO (HAWAII) CO., LTD., a     )
Hawai`i corporation; SPORTS      )
SHINKO (MILILANI) CO., LTD., a   )
Hawai`i corporation; SPORTS      )
SHINKO (KAUAI) CO., LTD., a      )
Hawai`i corporation; SPORTS      )
SHINKO (PUKALANI) CO., LTD., a   )
Hawai`i corporation; SPORTS      )
SHINKO RESORT HOTEL              )
CORPORATION, a Hawai`i           )
```

```
corporation; SPORTS SHINKO        )
(WAIKIKI) CORPORATION, a          )
Hawai`i corporation; and OCEAN    )
RESORT HOTEL CORPORATION, a       )
Hawai`i corporation,              )
                                  )
         Third-Party              )
         Defendants.              )
                                  )
_____)
                                  )
SPORTS SHINKO (USA) CO., LTD.,    )   Civ. No. 04-00128 ACK-BMK
a Delaware corporation,           )
                                  )
         Plaintiff,               )
                                  )
    v.                            )
                                  )
MILILANI GOLF CLUB, LLC,          )
a Hawai`i limited liability       )
company; KG HOLDINGS, LLC,        )
a Hawai`i limited liability       )
company, FRANKLIN K. MUKAI,       )
                                  )
         Defendants,              )
                                  )
    and                           )
                                  )
                                  )
FRANKLIN K. MUKAI,                )
                                  )
         Third-Party              )
         Plaintiff,               )
                                  )
    v.                            )
                                  )
SPORTS SHINKO CO., LTD., a        )
Japan corporation, SPORTS         )
SHINKO (HAWAII) CO., LTD., a      )
Hawai`i corporation, SPORTS       )
SHINKO (MILILANI) CO., LTD., a    )
Hawai`i corporation, SPORTS       )
SHINKO (KAUAI) CO., LTD., a       )
Hawai`i corporation, SPORTS       )
SHINKO (PUKALANI) CO., LTD.,      )
a Hawai`i corporation, SPORTS     )
SHINKO RESORT HOTEL               )
CORPORATION, a Hawai`i            )
corporation, SPORTS SHINKO        )
```

v

```
(WAIKIKI) CORPORATION, a          )
Hawai`i corporation, and          )
OCEAN RESORT HOTEL CORPORATION,   )
a Hawai`i corporation,            )
                                  )
          Third-Party             )
          Defendants.             )
                                  )
```

### ORDER REGARDING EX PARTE MOTION TO SEAL DOCUMENTS

The Court has reviewed Defendants' Ex Parte Motion to Seal Exhibits 6, 7, 8, 10, 11 and 12 to Motion to Dismiss Cv. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction (the "Motion to Seal"), filed November 16, 2006. The Motion to Seal does not appear to meet (or even recognize) the standards set forth by the Ninth Circuit Court of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006) ("documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy"; a "good cause" showing is not sufficient); see also Madsen v. Fortis Benefits Ins. Co., No. CV 04-1959-PHX-JAT, 2006 WL 1981785 (D. Ariz. July 13, 2006). Accordingly, leave to file an amended Motion to Seal is granted.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 17, 2006.

1



*(signature)*
Alan C. Kay
Sr. United States District Judge