IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____ U.S. District Court Case No. CV 04-00124 ACK/BMK & related cases

Short Case Title Sports Shinko Co., Ltd. vs. QK Hotel, LLC, et al.

Date Notice of Appeal Filed by Clerk of District Court_____

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | Voir Dire |
| | | Opening S... |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| September 25, 2006 | Stephen Platt | Other (please specify) Motion to Expunge Notice of Pendency Of Action Filed On February 20, 2004 |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered October 26, 2006   Estimated date for completion of transcript_____

Print Name of Attorney Robert A. Marks, Esq.   Phone Number (808) 538-1113

Signature of Attorney /s/ M. Marks

Address 707 Richards Street, Suite 728, Honolulu, Hawaii 96813


SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
(✓) Arrangements for payment were made on 9-27-06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

27 Approximate Number of Pages in Transcript--Due Date FILED 10/27/06


SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 10/27/06   Court Reporter's Signature _____


SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   12-20-06   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK