Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                1126-0
GLENN T. MELCHINGER        7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>        Defendants,<br>    and<br><br>FRANKLIN K. MUKAI,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>        Third-Party Defendants, | CIVIL NO. CV 04-00124<br>    ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re:  Plaintiffs and Third-Party Defendants Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Response to QK Hotel, LLC and Kiahuna Golf Club, LLC's First Request for Production of Documents to Plaintiffs, Dated November 22, 2006) |

634251_1 / 6850-5

and

SPORTS SHINKO (HAWAII) CO., LTD., a Hawai'i corporation, et al.,

    Third-Party Defendants/ Counterclaimants,

    vs.

QK HOTEL, LLC, a Hawai'i limited liability company, et al.,

    Third-Party Counterclaim Defendants.

_____

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,

    Plaintiff,

    vs.

PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company, et al.,

    Defendants,

and

FRANKLIN K. MUKAI,

    Third-Party Plaintiff,

    vs.

SPORTS SHINKO CO., LTD., a Japan corporation, et al.,

    Third-Party Defendants,

and

CIVIL NO. CV 04-00125 ACK/BMK

```
SPORTS SHINKO CO., LTD.,        )
a Japan corporation, et al.,    )
                                )
     Third-Party Defendants/    )
     Counterclaimants,          )
                                )
  vs.                           )
                                )
PUKALANI GOLF CLUB, LLC,        )
a Hawai`i limited liability     )
company, et al.,                )
                                )
     Third-Party Counterclaim   )
     Defendants.                )
                                )
_____  )
                                )
SPORTS SHINKO (USA) CO., LTD,   )   CIVIL NO. CV 04-00126
a Delaware corporation,         )            ACK/BMK
                                )
     Plaintiff,                 )
                                )
  vs.                           )
                                )
KIAHUNA GOLF CLUB, LLC,         )
a Hawai`i limited liability     )
company, et al.,                )
                                )
     Defendants,                )
                                )
  and                           )
                                )
FRANKLIN K. MUKAI,              )
                                )
     Third-Party                )
     Plaintiff,                 )
                                )
  vs.                           )
                                )
SPORTS SHINKO CO., LTD.,        )
a Japan corporation, et al.,    )
                                )
     Third-Party                )
     Defendants,                )
                                )
  and                           )
```

|  |  |
|---|---|
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, et al., <br><br>    Third-Party Defendants/<br>    Counterclaimants,<br><br>    vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i, limited liability company, et al.,<br><br>    Third-Party Counterclaim<br>    Defendants. |  |
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>    Defendants,<br><br>    and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party<br>    Plaintiff,<br><br>    vs.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,<br><br>    Third-Party<br>    Defendants,<br><br>    and | CIVIL NO. CV 04-00127<br>    ACK/BMK |

| | |
|---|---|
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, et al.,<br><br>    Third-Party Defendants/<br>    Counterclaimants,<br><br>  vs.<br><br>OR HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>    Third Party Counterclaim<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al.,<br><br>    Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>    Third-Party<br>    Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO CO., LTD., a Japan corporation, et al.,<br><br>    Third-Party<br>    Defendants,<br><br>  and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 04-00128<br>          ACK/BMK |

```
SPORTS SHINKO (HAWAII) CO.,      )
LTD., a Hawaii corporation,      )
et al.,                          )
                                 )
        Third-Party Defendants/  )
        Counterclaimants,        )
                                 )
        vs.                      )
                                 )
MILILANI GOLF CLUB, LLC,         )
a Hawai`i limited liability      )
company, et al.,                 )
                                 )
        Third-Party Counterclaim )
        Defendants.              )
_____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2006, I caused a true and correct copy of **Plaintiffs' and Third-Party Defendants' Sports Shinko Co., Ltd., Sports Shinko (USA) Co., Ltd., Sports Shinko (Hawaii) Co., Ltd., Sports Shinko (Mililani) Co., Ltd., Sports Shinko (Kauai) Co., Ltd., Sports Shinko (Pukalani) Co., Ltd., Sports Shinko Resort Hotel Corporation, Sports Shinko (Waikiki) Corporation and Ocean Resort Hotel Corporation's Response to QK Hotel, LLC and Kiahuna Golf Club, LLC's First Request for Production of Documents to Plaintiffs, Dated November 22, 2006**, dated December 22, 2006, to be served on the following persons by hand-delivery to their respective addresses:

```
WARREN PRICE, III, ESQ.
ROBERT A. MARKS, ESQ.           [Original + 1 copy]
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

SIMON KLEVANSKY, ESQ.           [2 copies]
ALIKA L. PIPER, ESQ.
CARISA LIMA KA'ALA HEE, ESQ.
Gelber Gelber Ingersoll &
     Klevansky, A Law Corp.
745 Fort Street Suite 1400
Honolulu, HI  96813

Attorneys for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC; OR HOTEL, LLC;
AND KG HOLDINGS, LLC


WILLIAM A. BORDNER, ESQ.
Suite 3100, Mauka Tower
737 Bishop Street
Honolulu, HI  96813

Attorney for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI
```

DATED:   Honolulu, Hawai`i, December 27, 2006.

                                   /s/ Glenn T. Melchinger
                                  PAUL ALSTON
                                  GLENN T. MELCHINGER

                                  Attorneys for Plaintiffs
                                  and Third-Party Defendants,
                                  the SS Companies