

STATE OF CALIFORNIA    67-112294

THE TREASURER OF THE STATE WILL PAY OUT OF THE    FUND NO. 0084   FUND NAME  BANK & CORP TAX REFUND
IDENTIFICATION NO.    TAX YEAR 2003    1730    MO. 12 DAY 02 YR. 2004    90-1342/1211    67112294

TO:
SPORTS SHINKO (USA) CO., LTD.
99-994 IWAENA ST STE C
AIEA HI 96701



DOLLARS    CENTS

STEVE WESTLY
CALIFORNIA STATE CONTROLLER

⑆121113423⑆ 6711229⑆⑈

DETACH ON DOTTED LINE
ISSUE DATE: 12/02/2004  KEEP THIS PORTION FOR YOUR RECORDS    67-112294

FRANCHISE TAX BOARD                RETURN INFORMATION NOTICE
P.O. BOX 942857                    NOTICE DATE    : 2004-12-03
SACRAMENTO, CA 94257               NOTICE NUMBER: 0004603172091
TEL: (800) 852-5711                CORP           :

SPORTS SHINKO (USA) CO., LTD.

THE ATTACHED REFUND IS FOR TAX YEAR END 12/03.  IF WE HAVE
ADJUSTED YOUR RETURN, THE DETAILS ARE SHOWN BELOW.  THE
ENCLOSED, FTB 5949, PROVIDES AN EXPLANATION OF PARAGRAPH(S):
EA IA ZC JB

T010992

```
 LN #   DESCRIPTION                          AS REPORTED        AS REVISED
 33.    ESTIMATE PAYMENT
 38.    OVERPAYMENT
```



ACCOUNT SUMMARY INFORMATION
TOTAL CREDITS AND PAYMENTS
TOTAL TAX                          **REDACTED**

TOTAL PENALTY/FEES/INT DUE         **CONFIDENTIAL**
AMT CREDITED TO EST TAX
AMT APPLD OTHER BAL DUE:
INTEREST ALLOWED
AMT APPLD TO OTHER AGENCY
AMOUNT OF REFUND                             $
IF YOU HAVE QUESTIONS REGARDING THIS NOTICE OR YOUR ACCOUNT,
PLEASE CONTACT FRANCHISE TAX BOARD BY TELEPHONE OR IN WRITING.
PLEASE INCLUDE A COPY OF THIS NOTICE IF YOU WRITE.  RETAIN
THIS ORIGINAL FOR YOUR RECORDS.

## EXHIBIT 12