ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                    1126-0
GLENN T. MELCHINGER   7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  palston@ahfi.com
            gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JAN 05 2007
11:10 AM
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) | CV 04-00127 ACK/BMK |
| Plaintiff, | ) ) ) | **STIPULATION TO FILE THIRD AMENDED COMPLAINT (OCEAN RESORT HOTEL) AND ORDER; EXHIBIT "A"** |
| vs. | ) ) | |
| OR HOTEL, LLC, a Hawai`i limited liability company, KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

626582-1/6850-5

## STIPULATION TO FILE THIRD AMENDED COMPLAINT
## (OCEAN RESORT HOTEL)

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate, through their respective counsel, that Plaintiff may file a Third Amended Complaint, as set forth in the attached Exhibit "A".

DATED:  Honolulu, Hawai`i, _____January 4, 2007_____.


_____
PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Plaintiff
SPORTS SHINKO CO., LTD.


_____
WARREN PRICE III
ROBERT A. MARKS
Attorneys for Defendants
OR HOTEL, LLC and
KG HOLDINGS, LLC


_____
WILLIAM A. BORDNER
Attorneys for Defendant
FRANKLIN K. MUKAI

PAUL ALSTON
GLENN T. MELCHINGER
Attorneys for Third-
Party Defendants
SPORTS SHINKO CO., LTD.,
SPORTS SHINKO (USA) CO., LTD.,
SPORTS SHINKO (HAWAII) CO.,
LTD., SPORTS SHINKO (MILILANI)
CO., LTD., SPORTS SHINKO
(KAUAI) CO., LTD., SPORTS
SHINKO (PUKALANI) CO., LTD.,
SPORTS SHINKO RESORT HOTEL
CORPORATION, SPORTS SHINKO
(WAIKIKI) CORPORATION AND
OCEAN RESORT HOTEL
CORPORATION

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE
United States Magistrate Judge

**STIPULATION TO FILE THIRD AMENDED COMPLAINT (OCEAN RESORT HOTEL) AND ORDER**
*Sports Shinko Co., Ltd. v. OR Hotel, LLC, et al.*
CV 04-00127  ACK/BMK