IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>           Plaintiff, <br><br>    vs. <br><br> QK HOTEL, LLC, et al., <br><br>           Defendants, <br><br>    and <br><br> FRANKLIN K. MUKAI, <br><br>           Third-Party Plaintiff, <br><br>    vs. <br><br> SPORTS SHINKO (USA) CO., LTD., et al., <br><br>           Third-Party Defendants, <br><br>    and <br><br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>           Third-Party Defendants/ <br>           Counterclaimants, <br><br>    vs. <br><br> QK HOTEL, LLC, et al., <br><br>           Third-Party Counterclaim <br>           Defendants. <br><br> AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> THIRD-PARTY SUMMONS <br> IN A CIVIL ACTION |

THIRD-PARTY SUMMONS IN A CIVIL ACTION

STATE OF HAWAII

TO:   SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation
      SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation
      SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation
      SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation
      SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation
      SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii
         corporation

      YOU ARE HERBY SUMMONED and required to file with the Clerk of this

Court and serve upon:

Plaintiffs' Attorneys:                    Defendant and Third-Party Plaintiffs'
                                          Attorneys:

   Paul Alston
   Glenn T. Melchinger                       Warren Price III
   Alston Hunt Floyd & Ing                   Robert A. Marks
   American Savings Bank Tower               Price Okamoto Himeno & Lum
   1001 Bishop Street, 18th Floor            707 Richards Street, Suite 728
   Honolulu, Hawaii  96813                   Honolulu, Hawaii  96813


Defendant Frankin Mukai's Attorneys:

   William Bordner
   John Reyes-Burke
   Burke McPheeters Bordner & Estes
   Pacific Guardian Center, Mauka Tower
   737 Bishop Street, Suite 3100
   Honolulu, Hawaii  96813

an answer to the third-party complaint which is herewith served upon in the

foregoing consolidated cases.  The answer to the third-party complaint shall be

filed within 20 days after the service of this summons upon you, exclusive of the

day of service.  If you fail to do so, judgment by default will be taken against you

2

for the relief demanded in the third-party complaint.  There is also served upon you herewith a copy of the plaintiffs' Second Amended Complaint (in CV No. 04-00126 ACK-BMK) and the Third Amended Complaints (in CV Nos. 04-00124 ACK-BMK, 04-00125 ACK-BMK, 04-00127 ACK-BMK, and 04-00128 ACK-BMK) which you may, but are not required to answer.

DATED:  Honolulu, Hawaii, _____.


_____
CLERK


_____
BY DEPUTY CLERK