# PROOF OF CLAIM

**United States Bankruptcy Court**
Middle District of Florida - Tampa Division

In re (Name of Debtor): SPORTS SHINKO (FLORIDA) CO., LTD. D/B/A GRENELEFE GOLF AND TENNIS RESORT
Case Number: 02-02804-8C7

FILED TAMPA FLORIDA
2002 JUN 14 P 2:35
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**Name of Creditor** (The person or entity whom the debtor owes money or property):
SPORTS SHINKO (USA) CO., LTD.
MR. KEIJIRO KIMURA, PRESIDENT
C/O: KYOEI LAW OFFICE
KITAHAMA 3-5-22
ORIX-YODOBAYASHI BUILDING, SUITE 800
CHUO-KU, OSAKA, JAPAN 541-0041

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Name and Address Where Notices Should be Sent:**
MR. STEVE IWAMURA
DELOITTE TOUCHE TOHMATSU
OSAKA KOKUSAI BUILDING
3-13 AZUCHI-MACHI 2-CHOME
CHUO-KU, OSAKA JAPAN 541-0052

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated:_____

**1. BASIS FOR CLAIM:**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other - Guaranty

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensations (Fill out below)
   Your social security number _____
   Unpaid compensation for services performed
   from _____ to _____

**2. DATE DEBT WAS INCURRED:** Prior to 1998.

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority; (3) Secured. It is possible for part of the claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any

☒ UNSECURED NONPRIORITY CLAIM $15,327,033.07
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM
Specify the priority of the claim. - SEE ATTACHMENT

☐ Wages, salaries, or commissions (up to $4000)*, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
☐ Up to $1800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐ Taxes or penalties of governmental units - 11 U.S.C. §507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. §§503(a) _____
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$_____ (Unsecured)   $_____ (Secured)   $_____ (Priority)   $SEE ATTACHMENT (Total)
☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interest. If the documents are not available, explain. If the documents are voluminous, attach a summary. (See attached Exhibit)

**8. TIME-STAMPED COPY:** To receive acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: June 11, 2002

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Keijiro Kimura, President

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

CB004565

CONFIDENTIAL

659



EXHIBIT K-2