IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, a Hawai`i limited liability company, et al.,<br><br>      Defendants,<br><br>  and<br><br>FRANKLIN K. MUKAI,<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>SPORTS SHINKO (USA) CO.; LTD., a Delaware corporation, et al.,<br><br>      Third-Party Defendants. | CIVIL NO. CV 04-00124 ACK/BMK<br><br>CONSOLIDATED CASES<br><br>**CERTIFICATE OF WORD COUNT** |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>      Plaintiff,<br><br>  vs. | CIVIL NO. CV 04-00125 ACK/BMK |

| | |
|---|---|
| PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., | )<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| FRANKLIN K. MUKAI, | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | )<br>)<br>) |
| Third-Party Defendants. | )<br>)<br>) |
| SPORTS SHINKO (USA) CO., LTD, a Delaware corporation, | )   CIVIL NO. CV 04-00126<br>)            ACK/BMK<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| KIAHUNA GOLF CLUB, LLC, a Hawaiʻi limited liability company, et al., | )<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>)<br>) |

| | |
|---|---|
| FRANKLIN K. MUKAI, | ) |
| | ) |
| Third-Party Plaintiff, | ) ) ) |
| | ) |
| vs. | ) ) |
| SPORTS SHINKO CO., LTD., a Japan corporation, et al., | ) ) ) |
| | ) |
| Third-Party Defendants. | ) ) ) |
| ——————————————— | ) ) |
| SPORTS SHINKO CO., LTD., a Japanese corporation, | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| OR HOTEL, LLC, a Hawai`i limited liability company, et al., | ) ) ) ) |
| | ) |
| Defendants, | ) ) |
| and | ) ) |
| FRANKLIN K. MUKAI, | ) ) |
| Third-Party Plaintiff, | ) ) |
| | ) |
| vs. | ) ) ) ) |

CIVIL NO. CV 04-00127 ACK/BMK

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al., )<br>)<br>Third-Party Defendants. )<br>)<br>)<br>)<br>)<br>)<br>) | |
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company, et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>FRANKLIN K. MUKAI, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>SPORTS SHINKO CO., LTD., a Japan corporation, et al., )<br>)<br>Third-Party Defendants. ) | CIVIL NO. CV 04-00128 ACK/BMK |

-5-

## CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to United States District Court Local Rule 7.5 (e) that the foregoing Memorandum in Opposition to Motion to Dismiss CV. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction, filed on November 16, 2006, contains 6,139 words.

DATED:  Honolulu, Hawai'i, January 25, 2007.

    /s/ Glenn T. Melchinger
PAUL ALSTON
GLENN T. MELCHINGER

Attorneys for Plaintiffs
and Third-Party Defendants,
the SS Entities