IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br><br>        Plaintiff, <br><br>    vs. <br><br>QK HOTEL, LLC, et al., <br><br>        Defendants, <br>    and <br>FRANKLIN K. MUKAI, <br><br>        Third-Party Plaintiff, <br><br>    vs. <br><br>SPORTS SHINKO (USA) CO., LTD., et al., <br><br>        Third-Party Defendants, <br>    and <br>SPORTS SHINKO (HAWAII) CO., LTD., et al., <br><br>        Third-Party Defendants/ <br>        Counterclaimants, <br><br>    vs. <br><br>QK HOTEL, LLC, et al., <br><br>        Third-Party Counterclaim <br>        Defendants. <br>AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br>CV 04-00125 ACK-BMK <br>CV 04-00126 ACK-BMK <br>CV 04-00127 ACK-BMK <br>CV 04-00128 ACK-BMK <br><br>CONSOLIDATED CASES <br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the REPLY

MEMORANDUM IN SUPPORT OF MOTION FOR PRETRIAL CONFERENCE

AND TO MODIFY STIPULATED PROTECTIVE ORDER was served electronically on January 31, 2007 through CM/ECF on the following:

>PAUL ALSTON, ESQ.          palston@ahfi.com
>GLENN T. MELCHINGER, ESQ.  gtm@ahfi.com
>
>>Attorneys for Plaintiffs
>>SPORTS SHINKO CO., LTD. and
>>SPORTS SHINKO (USA) CO., LTD.
>>    and
>>Third Party Defendants
>>SPORTS SHINKO (USA) CO., LTD.
>>SPORTS SHINKO (HAWAII) CO., LTD.
>>SPORTS SHINKO (MILILANI) CO., LTD.
>>SPORTS SHINKO (KAUAI) CO., LTD.
>>SPORTS SHINKO (PUKALANI) CO., LTD.
>>SPORTS SHINKO RESORT HOTEL CORPORATION
>>SPORTS SHINKO (WAIKIKI) CORPORATION, and
>>OCEAN RESORT HOTEL CORPORATION
>
>WILLIAM BORDNER, ESQ.      bbordner@bmbe-law.com
>
>>Attorney for Defendant
>>FRANKLIN K. MUKAI

DATED: Honolulu, Hawaii, January 31, 2007.

>    /s/ Robert A. Marks
>    _____
>    WARREN PRICE III
>    ROBERT A. MARKS
>
>    Attorneys for Defendants
>    KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

2