# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.



*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

2134099   8200

070087226

AUTHENTICATION: 5384330

DATE: 01-25-07

EXHIBIT 24

# STATE OF DELAWARE
# 2001 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | PHONE NUMBER |
|---|---|---|---|
| 2134099 | SPORTS SHINKO (USA) CO., LTD. | | 619-438-5395 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| 51-0302823 | AUGUST 5, 1987 | | | /   / | /   / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 12-21-1989 | | COMMON | 30,000 | 1.000000 | | | | JAN. 1st DEC. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 190.00 | $ 50.00 | $ 7.20 | $ 20.00 | $ | $ |
| | | | | | AMOUNT DUE |
| | | | | | $ 267.20 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 2684 | 267.20 |

2    030102    2134099    000026720 0    3

$50.00 PENALTY if not Received on or before
MAR 1, 2002  Plus 1.5% interest per month.

| NATURE OF BUSINESS: | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE: | |
|---|---|---|---|
| **DIRECTORS** | **NAME** | **STREET/CITY/STATE/ZIP** | **DATE TERM EXPIRES** |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

**DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY**

| **OFFICERS** | **NAME** | **STREET/CITY/STATE/ZIP** | **DATE TERM EXPIRES** |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

| **ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR)** | **TITLE** | **DATE** |
|---|---|---|
| X | | |

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "SPORTS SHINKO (USA) CO., LTD." AS FILED IN THIS OFFICE.

2134099   8200

070087214

_Harriet Smith Windsor_
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5384326

DATE: 01-25-07

**DO NOT ALTER FILE NUMBER**

| FILE NUMBER | CORPORATION NAME | | PHONE NUMBER |
|---|---|---|---|
| 2134099 | SPORTS SHINKO (USA) CO., LTD. | | 619-438-5395 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM / / | TO / / |
|---|---|---|---|---|---|
| 51-0302823 | AUGUST 5, 1987 | | | | |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 12-21-1989 | | COMMON | 50,000 | 1.000000 | | | | JAN. 1st / DEC. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 190.00 | $ 50.00 | $ 7.20 | $ 20.00 | 20.00 CR $ | |

+ 3.00

| | AMOUNT DUE |
|---|---|
| | $ 247.20 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

### MAKE CHECK PAYABLE TO:
### DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 3102 | 250.00 |

$50.00 PENALTY if not Received on or before
**MAR 1, 2003** Plus 1.5% Interest per month.

2      030103      2134099      000024720 0      7

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|---|
| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X | | |