PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III            1212
ROBERT A. MARKS             2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
E-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVNSKY

SIMON KLEVANSKY             3217-0
ALIKA L. PIPER              6949-0
CARISA LIMA KA'ALA HEE      7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Phone:  (808) 524-0155
Fax:  (808) 531-6963
E-mail:  sklevansky@ggik.com
         apiper@ggik.com
         kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., a Japanese corporation, | CV 04-00124 ACK-BMK CONSOLIDATED CASES |
| Plaintiff, | CERTIFICATE OF SERVICE |
| | (Re: Notice Of Taking Of Deposition |

vs.

QK HOTEL, LLC, a Hawaii limited liability company, et al.,

       Defendants,

    and

FRANKLIN K. MUKAI

       Third-Party Plaintiffs,

    vs.

SPORTS SHINKO (USA) CO., LTD., a Hawaii corporation, et al.,

       Third-Party Defendants,

_____

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,

       Plaintiff,

    vs.

PUKALANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.,

       Defendants,

    and

FRANKLIN K. MUKAI,

       Third-Party Plaintiffs,

    vs.

SPORTS SHINKO CO., LTD., a Japan corporation, et al.,

Of Plaintiff Sports Shinko Co., Ltd. And Demand To Produce Documents)

CV 04-00125 ACK-BMK

2

Third-Party Defendants.

_____

SPORTS SHINKO (USA) CO., LTD., a
Delaware corporation,

   Plaintiff,

  vs.

KIAHUNA GOLF CLUB, LLC, a
Hawaii limited liability company, et al.,

   Defendants,

  and

FRANKLIN K. MUKAI,

   Third-Party Plaintiffs,

  vs.

SPORTS SHINKO CO., LTD., a Japan
corporation, et al.,

   Third-Party Defendants.

_____

SPORTS SHINKO CO., LTD., a
Japanese corporation,

   Plaintiff,

  vs.

OR HOTEL, LLC, a Hawaii limited
liability company, et al.

   Defendants,

  and

CV 04-00126 ACK-BMK

CV 04-00127 ACK-BMK

3

FRANKLIN K. MUKAI,

       Third-Party Plaintiff,

   vs.

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, et al.,

       Third-Party Defendants.

_____

SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,

       Plaintiff,

   vs.

MILILANI GOLF CLUB, LLC, a Hawaii limited liability company, et al.

       Defendants,

   and

FRANKLIN K. MUKAI,

       Third-Party Plaintiffs,

   vs.

SPORTS SHINKO CO., LTD., a Japan corporation, et al.,

       Third-Party Defendants.

_____

CV 04-00128 ACK-BMK

4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that NOTICE OF TAKING OF DEPOSITION OF

PLAINTIFF SPORTS SHINKO CO., LTD. AND DEMAND TO PRODUCE

DOCUMENTS was served upon the following as indicated below:

PAUL ALSTON, ESQ.                      Hand Delivery on
GLENN T. MELCHINGER, ESQ.              January 22, 2007
Alston Hunt Floyd & Ing
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii  96813

Attorneys for Plaintiff
SPORTS SHINKO CO., LTD.
AND SPORTS SHINKO (USA)

WILLIAM BORDNER, ESQ.                  U.S. Mail on
William Bordner, Esq.                  January 23, 2007
Burke McPheeters Bordner & Estes
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3100
Honolulu Hawaii 96813

Attorney for Defendant
FRANKLIN K. MUKAI

DATED:  Honolulu, Hawaii, February 9, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS,
LLC, KIAHUNA GOLF CLUB, LLC,
KG KAUAI DEVELOPMENT, LLC,
PUKALANI GOLF CLUB, LLC,
KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC,
QK HOTEL, LLC, AND OR HOTEL, LLC