**FILED**

UNITED STATES COURT OF APPEALS

MAR - 8 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC, | No. 06-17219 |
| Defendant, | D.C. Nos.   CV-04-00124-ACK — 222 |
| and | CV-04-00125-ACK — 203 |
| | CV-04-00126-ACK — 201 |
| KG HOLDINGS, LLC; et al., | CV-04-00127-ACK — 201 |
| Defendants - Appellants, | CV-04-00127-ACK |
| | CV-04-00128-ACK — 204 |
| v. | District of Hawaii, Honolulu |
| SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee, | ORDER |
| Plaintiff-third-party-defendant - Appellee, | **RECEIVED** CLERK, U.S. DISTRICT COURT |
| and | MAR 1 2 2007 |
| FRANKLIN K. MUKAI, | 11:30 am DISTRICT OF HAWAII |
| Defendant-third-party-plaintiff, | |
| v. | |
| SPORTS SHINKO (US) CO., LTD., a Delaware corporation, | |
| Third-party-defendant - Appellee. | |

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

Counsel are requested to contact the undersigned should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2006\06-17219\07-03-06-ns.wpd

2