PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III      1212
ROBERT A. MARKS      2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY

SIMON KLEVANSKY      3217-0
ALIKA L. PIPER      6949-0
CARISA LIMA KA'ALA HEE 7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone: (808) 524-0155
Fax: (808) 531-6963
E-mail: sklevansky@ggik.com
    apiper@ggik.com;
    kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>    Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>    Defendants,<br>  and | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al.,<br>　　Third-Party Plaintiffs,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br>　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br>　　Third-Party Defendants/<br>　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　Third-Party Counterclaim<br>　　Defendants.<br>AND CONSOLIDATED CASES | KG PARTIES' RESPONSE TO NOTICE FILED MARCH 21, 2007; CERTIFICATE OF SERVICE |

## KG PARTIES' RESPONSE TO NOTICE FILED MARCH 21, 2007

Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC ("KG Parties") hereby respond to the Notice filed herein by the Honorable Alan C. Kay on March 21, 2007 regarding the Court's acquisition in January 2007 of $50,000 of units in a mutual fund managed by Goldman Sachs.

2

The KG Parties do not believe that Judge Kay's acquisition of units in the foregoing mutual fund constitutes a financial interest such that recusal or disqualification is appropriate or required.

DATED: Honolulu, Hawaii, March 26, 2007.

      /s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD., <br>       Plaintiff, <br>   vs. <br> QK HOTEL, LLC, et al., <br>       Defendants, <br>   and <br> FRANKLIN K. MUKAI, <br>       Third-Party Plaintiff, <br>   vs. <br> SPORTS SHINKO (USA) CO., LTD., et al., <br>       Third-Party Defendants, <br>   and <br> SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>       Third-Party Defendants/ Counterclaimants, <br>   vs. <br> QK HOTEL, LLC, et al., <br>       Third-Party Counterclaim Defendants. <br> AND CONSOLIDATED CASES | CV 04-00124 ACK-BMK <br> CV 04-00125 ACK-BMK <br> CV 04-00126 ACK-BMK <br> CV 04-00127 ACK-BMK <br> CV 04-00128 ACK-BMK <br><br> CONSOLIDATED CASES <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of KG PARTIES' RESPONSE TO NOTICE FILED MARCH 21, 2007 was served electronically through CM/ECF on the following on March 26, 2007:

PAUL ALSTON, ESQ.   palston@ahfi.com
GLENN T. MELCHINGER, ESQ. gmelchinger@ahfi.com

 Attorneys for Plaintiffs
 SPORTS SHINKO CO., LTD. and
 SPORTS SHINKO (USA) CO., LTD.

WILLIAM BORDNER, ESQ.  bbordner@bmbe-law.com

 Attorney for Defendant
 FRANKLIN K. MUKAI

 DATED: Honolulu, Hawaii, March 26, 2007.


       /s/ Robert A. Marks
      WARREN PRICE III
      ROBERT A. MARKS
      SIMON KLEVANSKY
      ALIKA L. PIPER
      CARISA LIMA KA'ALA HEE

      Attorneys for Defendants and
      Third-Party Plaintiffs
      KG Holdings, LLC, QK Hotel, LLC, OR
      Hotel, LLC, Pukalani Golf Club, LLC, KG
      Maui Development, LLC, Mililani Golf
      Club, LLC, Kiahuna Golf Club, LLC and
      KG Kauai Development, LLC

2