Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126-0 |
| BRUCE H. WAKUZAWA | 4312-0 |
| GLENN T. MELCHINGER | 7135-0 |
| JASON H. KIM | 7128-0 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiffs
and Third-Party Defendants
the Sports Shinko Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | | |
|---|---|---|
| SPORTS SHINKO CO., LTD., | ) | CV 04-00124 ACK-BMK |
| | ) | CV 04-00125 ACK-BMK |
| Plaintiff, | ) | CV 04-00126 ACK-BMK |
| | ) | CV 04-00127 ACK-BMK |
| vs. | ) | CV 04-00128 ACK-BMK |
| | ) | |
| QK HOTEL, LLC, et al., | ) | CONSOLIDATED CASES |
| | ) | |
| Defendants, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| and | ) | *[Re:  Plaintiffs Sports* |
| | ) | *Shinko Co., Ltd.'s and* |
| | ) | *Sports Shinko (USA) Co.,* |
| FRANKLIN K. MUKAI, et al., | ) | *Ltd.'s Answers to Defendant* |

628898 v1 / 6850-5

|  |  |
|---|---|
| Third-Party Plaintiffs, ) | ***Franklin K. Mukai's First Requests for Answers to Interrogatories]*** |
| ) | |
| vs. ) | |
| ) | |
| SPORTS SHINKO (USA) CO., ) LTD., et al., ) | |
| ) | |
| Third-Party ) Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SPORTS SHINKO (HAWAII) CO., ) LTD., et al., ) | |
| ) | |
| Third-Party Defendants/ ) Counterclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| QK HOTEL, LLC, et al., ) | |
| ) | |
| Third-Party Counterclaim ) Defendants. ) | |
| ) | |
| AND CONSOLIDATED CASES ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2007, copies of (1) Plaintiff Sports Shinko Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (in Civil**

628898 v1 / 6850-5     -2-

-3-

**No. CV 04-00124 ACK/BMK) Dated October 19 2006**, dated March 30, 2007, (2) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (in Civil No. CV 04-00125 ACK/BMK) Dated October 19 2006**, dated March 30, 2007; (3) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (in Civil No. CV 04-00126 ACK/BMK) Dated October 19 2006**, dated March 30, 2007; (4) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (In Civil No. CV 04-00127 ACK/BMK) Dated October 19 2006**, dated March 30, 2007 and (5) Plaintiff Sports Shinko (USA) Co., Ltd.'s **Answers to Defendant Franklin K. Mukai's First Request for Answers to Interrogatories to Plaintiff (In Civil No. CV 04-00128 ACK/BMK) Dated October 19 2006**, dated March 30, 2007, were duly served upon the following, by hand delivery:

*[Original + 1 copy]*

| | |
|---|---|
| WILLIAM A. BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters<br>    Bordner & Estes<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI  96813<br><br>Attorneys for Defendant and Third-Party Plaintiff FRANKLIN K. MUKAI | WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI  96813<br><br>SIMON KLEVANSKY, ESQ.<br>ALIKA L. PIPER, ESQ.<br>CARISA LIMA KA'ALA HEE, ESQ.<br>Gelber Gelber Ingersoll & Klevansky, A Law Corp.<br>745 Fort Street Suite 1400<br>Honolulu, HI  96813<br><br>Attorneys for Defendants KIAHUNA GOLF CLUB, LLC; KG KAUAI DEVELOPMENT, LLC; PUKALANI GOLF CLUB, LLC; KG MAUI DEVELOPMENT, LLC; MILILANI GOLF CLUB, LLC; QK HOTEL, LLC; OR HOTEL, LLC; AND KG HOLDINGS, LLC |

DATED:   Honolulu, Hawai`i, March 30, 2007.

       /s/ Jason H. Kim
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs and Third-Party-Defendants the Sport Shinko Companies