Apr 09 04 10:00a   KATRON GROUP           3048763577           p.3

WELLS FARGO

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR 97228-6995

Page 1 of 2
I-3                    71,541       (C0114)
Account Number:                              REDACTED
Statement End Date:        12/31/03

SPORTS SHINKO - USA CO. LTD.
848 DEER MOUNTAIN EST
HARPERS FERRY WV 25425-9807

*If you have any questions about this statement or your accounts, call: 800-225-5935 (1-800-CALL-WELLS).*

### Your Accounts at-a-Glance

| Account Type | | Beginning Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance |
|---|---|---|---|---|---|
| Business Premium Market Rate 629-0128388 | REDACTED | ■ | ■ | ■ | ■ |

### News from Wells Fargo

Why wait to receive your statements in the mail? Get FREE, real-time access to your accounts with Wells Fargo Business Online Banking. View account balances and review account activity including deposits, cleared checks, loan payments and credit card transactions - anytime, anywhere. Enroll in Wells Fargo Business Online Banking at wellsfargo.com/biz/bankonline
Member FDIC.

### Business Premium Market Rate 629-0128388

Sports Shinko - USA Co. Ltd.

| Date | Transaction Detail | | Deposits/ Credits | Withdrawals/ Debits | Ending Balance |
|---|---|---|---|---|---|
| Nov 30 | Beginning Balance | REDACTED | | | |
| Dec 31 | Interest Payment | | ■ | ■ | ■ |
| Dec 31 | Ending Balance | | | | |

### Interest Summary

Annual Percentage Yield Earned this period
Interest earned during this period                                    REDACTED 
Year-to-date interest and bonuses paid

### For Your Interest

Looking for information on how to obtain affordable business health care? Or how to take advantage of recent tax breaks? Wells Fargo Business Tips provides small business owners like you helpful tips on money, marketing, management, legal and technology to help you successfully manage your business. With hundreds of Tips, you're sure to find something to help your business reach the Next Stage. Simply visit wellsfargospecial.com and enter keyword: Business Tips, to find the small business information you need today.

Continued on next page

CONFIDENTIAL
GT014332R

EXHIBIT 29

Page 1          Cash - Lead (Intermediate)          4/22/2004 12:57:53 PM
Sports Shinko (USA)
December 31, 2003

| Done by: | Date: | Index: |
|---|---|---|
| Reviewer: | Date: | 2000 |

| Acct # Source | Description | W/P Ref | 2003 Unadjusted Balance | AJE | 2003 Adjusting Entries | 2003 Adjusted Balance | 2002 Report Balance |
|---|---|---|---|---|---|---|---|
| 1000 | Wells Fargo Checking | 9\ | REDACTED | | 0.00 | REDACTED | REDACTED |
| 1150 | Bank of America CD | | REDACTED | | 0.00 | 0.00 | 0.00 |
| 1200 | Bank of America Checking | | REDACTED | | 0.00 | 0.00 | 0.00 |
| 1300 | Maximizer Account | | REDACTED | | 0.00 | 0.00 | 0.00 |
| 1301 | Investment Account | | REDACTED | | 0.00 | 0.00 | 0.00 |
| | Total Cash | | REDACTED | | 0.00 | REDACTED | REDACTED |

CONFIDENTIAL
GT014330R