PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III            1212
ROBERT A. MARKS             2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY

SIMON KLEVANSKY             3217-0
ALIKA L. PIPER              6949-0
CARISA LIMA KA'ALA HEE      7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone: (808) 524-0155
Fax: (808) 531-6963
E-mail: sklevansky@ggik.com
        apiper@ggik.com;
        kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>      Plaintiff,<br>  vs.<br>QK HOTEL, LLC, et al.,<br>      Defendants,<br>  and | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br>CONSOLIDATED CASES<br>KG PARTIES' NOTICE OF<br>RE-FILING REPLY |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al.,<br><br>　　　Third-Party Plaintiffs,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD., et al.,<br><br>　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO., LTD., et al.,<br><br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br><br>　vs.<br>QK HOTEL, LLC, et al.,<br><br>　　　Third-Party Counterclaim<br>　　　Defendants.<br>AND CONSOLIDATED CASES | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK; REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK; CERTIFICATE OF SERVICE |

KG PARTIES' NOTICE OF RE-FILING REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK

TO:　　　　PAUL ALSTON, ESQ.　palston@ahfi.com
　　　　　　GLENN T. MELCHINGER, ESQ.　gmelchinger@ahfi.com

　　　　　　Attorneys for Plaintiffs
　　　　　　SPORTS SHINKO CO., LTD. and
　　　　　　SPORTS SHINKO (USA) CO., LTD.

　　　　　　WILLIAM BORDNER, ESQ.　bbordner@bmbe-law.com
　　　　　　JOHN N.K. REYES-BURKE, ESQ.　jburke@bmbe-law.com

　　　　　　Attorney for Defendant
　　　　　　FRANKLIN K. MUKAI

　　　Pursuant to ¶ I.D. of the Order Regarding Stipulations to Redact and Seal

Exhibits and Documents Related to the Motion to Dismiss in Civ. Nos. 04-00125

ACK-BMK, 04-00126 ACK-BMK, and 04-00128 ACK-BMK filed on April 5, 2007 ("Order"), the KG Parties[1] hereby give notice of the filing of their REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CV NOS. 04-00125 ACK-BMK, 04-00126 ACK-BMK AND 04-00128 ACK-BMK, with the limited redactions as specified by the Order, and without exhibits or declarations attached.

DATED: Honolulu, Hawaii, April 6, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants and
Third-Party Plaintiffs
KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC

---

[1] "The KG Parties" are defendants, third party plaintiffs and counterclaimants KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC.