Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON           1126-0
GLENN T. MELCHINGER   7135-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email: gtm@ahfi.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2005

at _____ o'clock and _____ min ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai'i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai'i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai'i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai'i limited liability company; MILILANI GOLF CLUB, LLC, a | CV 04-00126 ACK/BMK<br><br>**SECOND AMENDED COMPLAINT (KAUA'I); SUMMONS; CERTIFICATE OF SERVICE** |

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____ Deputy

289882-2/6850-5                    **EXHIBIT 1C**

Hawai'i limited liability company; )
QK HOTEL, LLC, a Hawai'i )
limited liability company; OR )
HOTEL, LLC, a Hawai'i limited )
liability company, and KG )
HOLDINGS, LLC, a Hawai'i )
limited liability company, )
FRANKLIN K. MUKAI, )
                                  )
        Defendants.               )
_____ )

## SECOND AMENDED COMPLAINT (KAUA'I)

Plaintiff SPORTS SHINKO (USA), CO., LTD. ("Plaintiff"), by and through its undersigned attorneys, alleges as follows:

### PARTIES

1.  Plaintiff is a Delaware corporation, and its principal place of business is not in Hawai'i. Plaintiff is the sole shareholder of Sports Shinko (Hawai'i) Co., Ltd. ("SSH"), a Hawai'i corporation, which owns all of the stock of the debtor, Sports Shinko (Kaua'i) Co., Ltd. ("DEBTOR").

3.  Defendant KIAHUNA GOLF CLUB, LLC ("KGC"), is a Hawai'i limited liability company, with its

MACKINNON LLP, a Limited Liability Law Partnership ("M4"), an officer and/or director of SSH and DEBTOR, and an attorney and agent for DEBTOR. At all relevant times, MUKAI acted directly and through agents of M4.

## JURISDICTION

12. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

13. Venue is appropriate in this Court under 28 U.S.C. § 1391 because most of the events giving rise to Plaintiff's claims occurred in this district.

## GENERAL ALLEGATIONS

14. Plaintiff is, and at all relevant times was, a creditor of DEBTOR.

15. At all relevant times, SATOSHI KINOSHITA ("SATOSHI"), TAKESHI KINOSHITA ("TAKESHI") and TOSHIO KINOSHITA ("TOSHIO")(collectively, the "Kinoshitas"), and TAKUYA TSUJIMOTO ("TSUJIMOTO"), YASUO NISHIDA