Case 1:04-cv-00126-ACK-BMK   Document 216-11   Filed 04/05/2007   Page 1 of 1

# FILED UNDER SEAL

Exhibit 2B