PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III                1212
ROBERT A. MARKS              2163
707 Richards Street, Suite 728
Honolulu, Hawaii  96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY

SIMON KLEVANSKY            3217-0
ALIKA L. PIPER                  6949-0
CARISA LIMA KA'ALA HEE 7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Phone:  (808) 524-0155
Fax:  (808) 531-6963
E-mail: sklevansky@ggik.com
        apiper@ggik.com;
        kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>            Plaintiff,<br><br>    vs.<br><br>QK HOTEL, LLC, et al.,<br><br>            Defendants,<br><br>        and | CV 04-00124 ACK-BMK<br>CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00127 ACK-BMK<br>CV 04-00128 ACK-BMK<br>CONSOLIDATED CASES<br><br>KG PARTIES' MOTION TO<br>COMPEL DISCOVERY |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al., | MEMORANDUM IN SUPPORT OF MOTION; LR 37.1(b) CERTIFICATE OF COMPLIANCE; DECLARATION OF ROBERT A. MARKS; EXHIBITS 1 - 11; CERTIFICATE OF SERVICE |

FRANKLIN K. MUKAI, et al.,

      Third-Party Plaintiffs,

vs.

SPORTS SHINKO (USA) CO., LTD., et al.,

      Third-Party Defendants,

and

SPORTS SHINKO (HAWAII) CO., LTD., et al.,

      Third-Party Defendants/ Counterclaimants,

vs.

QK HOTEL, LLC, et al.,

      Third-Party Counterclaim Defendants.

AND CONSOLIDATED CASES

MEMORANDUM IN SUPPORT OF MOTION; LR 37.1(b) CERTIFICATE OF COMPLIANCE; DECLARATION OF ROBERT A. MARKS; EXHIBITS 1 - 11; CERTIFICATE OF SERVICE

## KG PARTIES' MOTION TO COMPEL DISCOVERY

Defendants, Counterclaimants and Third-Party Plaintiffs KG Holdings, LLC, QK Hotel, LLC, OR Hotel, LLC, Pukalani Golf Club, LLC, KG Maui Development, LLC, Mililani Golf Club, LLC, Kiahuna Golf Club, LLC and KG Kauai Development, LLC ("KG Parties") hereby move this Honorable Court for an order compelling the Sports Shinko (USA) Co., Ltd. and Sports Shinko Co., Ltd. to respond to certain discovery requests relating to the proof of plaintiffs' status as creditors as they allege in the complaints herein.

This Motion is made pursuant to Rules 37(a)(2)(A) and 37(a)(3) of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the United

States District Court for the District of Hawaii, and is supported by the attached

memorandum and exhibits and the record herein.

While the KG Parties may be entitled to recover their expenses and

attorneys' fees incurred in connection with this Motion, they waive that relief,

provided the KG Parties reserve all rights and remedies in connection with any

subsequent motions under Rule 37 that may hereafter be filed.

DATED: Honolulu, Hawaii, April 5, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG Holdings,
LLC, QK Hotel, LLC, OR Hotel, LLC,
Pukalani Golf Club, LLC, KG Maui
Development, LLC, Mililani Golf Club,
LLC, Kiahuna Golf Club, LLC and KG
Kauai Development, LLC