IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI,<br><br>          Defendants. | CIVIL NO.  04-00126 ACK/BMK<br><br>CERTIFICATE OF SERVICE |
| FRANKLIN K. MUKAI,<br><br>          Third-Party Plaintiff,<br><br>     vs. | |

| |
|---|
| SPORTS SHINKO CO., LTD., a Japan corporation, SPORTS SHINKO (HAWAII) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (MILILANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (KAUAI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO (PUKALANI) CO., LTD., a Hawai`i corporation, SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawai`i corporation, SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawai`i corporation, and OCEAN RESORT HOTEL CORPORATION, a Hawai`i corporation,<br><br>           Third-Party Defendants. |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served electronically through CM/ECF:</u>

| | | |
|---|---|---|
| PAUL ALSTON, ESQ. | (palston@ahfi.com) | 4/19/07 |
| GLENN T. MELCHINGER, ESQ. | (gtm@ahfi.com) | 4/19/07 |

Alston Hunt Floyd & Ing
1800 ASB Tower
1001 Bishop Street
Honolulu, HI 96813

    Attorneys for Plaintiffs
    and Third-Party Defendants

WARREN PRICE, III, ESQ.    (wprice@pohlhawaii.com)  4/19/07
ROBERT A. MARKS, ESQ.    (ram@pohlhawaii.com)    4/19/07
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

    Attorney for Defendants
    KIAHUNA GOLF CLUB, LLC;
    KG KAUAI DEVELOPMENT, LLC;
    PUKALANI GOLF CLUB, LLC;
    KG MAUI DEVELOPMENT, LLC;
    MILILANI GOLF CLUB, LLC;
    QK HOTEL, LLC; OR HOTEL, LLC;
    and KG HOLDINGS, LLC


    DATED:  Honolulu, Hawaii, April 19, 2007.


                                        ___/s/ John Reyes-Burke_____
                                        JOHN REYES-BURKE
                                        Attorney for Defendant and
                                        Third-Party Plaintiff FRANKLIN K. MUKAI