PRICE OKAMOTO HIMENO & LUM

WARREN PRICE III            1212
ROBERT A. MARKS             2163
707 Richards Street, Suite 728
Honolulu, Hawaii 96813
Phone: 808.538.1113
Fax: 808.533.0549
e-mail: ram@pohlhawaii.com

GELBER GELBER INGERSOLL & KLEVANSKY

SIMON KLEVANSKY             3217-0
ALIKA L. PIPER              6949-0
CARISA LIMA KA'ALA HEE      7372-0
Suite 1400, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone:  (808) 524-0155
Fax:  (808) 531-6963
E-mail: sklevansky@ggik.com
        apiper@ggik.com;
        kaalahee@ggik.com

Attorneys for Defendants, Counterclaimants
and Third-Party Plaintiffs KG HOLDINGS, LLC,
KIAHUNA GOLF CLUB, LLC, KG KAUAI
DEVELOPMENT, LLC, PUKALANI GOLF
CLUB, LLC, KG MAUI DEVELOPMENT, LLC,
MILILANI GOLF CLUB, LLC, QK HOTEL, LLC,
and OR HOTEL, LLC ("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br><br>      Plaintiff,<br><br>  vs.<br><br>QK HOTEL, LLC, et al.,<br><br>      Defendants,<br><br>  and | CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>KG PARTIES' JOINDER TO DEFENDANT FRANKLIN K. MUKAI'S MOTION TO ALTER |

| | |
|---|---|
| FRANKLIN K. MUKAI, et al., <br>  Third-Party Plaintiffs, <br> vs. <br>SPORTS SHINKO (USA) CO., LTD., et al., <br>  Third-Party Defendants, <br> and <br>SPORTS SHINKO (HAWAII) CO., LTD., et al., <br>  Third-Party Defendants/ <br>  Counterclaimants, <br> vs. <br>QK HOTEL, LLC, et al., <br>  Third-Party Counterclaim <br>  Defendants. <br>AND CONSOLIDATED CASES | OR AMEND JUDGMENT FILED ON APRIL 10, 2007, FILED APRIL 19, 2007; CERTIFICATE OF SERVICE |

### KG PARTIES JOINDER TO DEFENDANT FRANKLIN K. MUKAI'S MOTION TO ALTER OR AMEND JUDGMENT FILED ON APRIL 10, 2007, FILED APRIL 19, 2007

Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC ("KG PARTIES"), hereby join in Defendant Franklin K. Mukai's Motion To Alter Or Amend Judgment Filed On April 10, 2007, filed on April 19, 2007.  This joinder is made pursuant to Rule 7.9 of the Rules of the United States District Court for the District of Hawaii.

2

DATED: Honolulu, Hawaii, April 20, 2007.

/s/ Robert A. Marks
WARREN PRICE III
ROBERT A. MARKS
SIMON KLEVANSKY
ALIKA L. PIPER
CARISA LIMA KA'ALA HEE

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC ("KG PARTIES")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SPORTS SHINKO CO., LTD.,<br>　　　Plaintiff,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Defendants,<br>　and<br>FRANKLIN K. MUKAI, et al.,<br>　　　Third-Party Plaintiffs,<br>　vs.<br>SPORTS SHINKO (USA) CO., LTD.,<br>et al.,<br>　　　Third-Party Defendants,<br>　and<br>SPORTS SHINKO (HAWAII) CO.,<br>LTD., et al.,<br>　　　Third-Party Defendants/<br>　　　Counterclaimants,<br>　vs.<br>QK HOTEL, LLC, et al.,<br>　　　Third-Party Counterclaim<br>　　　Defendants.<br>AND CONSOLIDATED CASES | CV 04-00125 ACK-BMK<br>CV 04-00126 ACK-BMK<br>CV 04-00128 ACK-BMK<br><br>CONSOLIDATED CASES<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　I hereby certify that a true and correct copy of the KG PARTIES JOINDER

TO DEFENDANT FRANKLIN K. MUKAI'S MOTION TO ALTER OR

2

AMEND JUDGMENT FILED ON APRIL 10, 2007, FILED APRIL 19, 2007 was served electronically on April 20, 2007 through CM/ECF on the following:

PAUL ALSTON, ESQ.             palston@ahfi.com
GLENN T. MELCHINGER, ESQ.     gmelchinger@ahfi.com

    Attorneys for Plaintiff
    SPORTS SHINKO CO., LTD. and

WILLIAM BORDNER, ESQ.         bbordner@bmbe-law.com
JOHN N.K. REYES-BURKE, ESQ.   jburke@bmbe-law.com

    Attorney for Defendant
    FRANKLIN K. MUKAI

DATED:  Honolulu, Hawaii, April 20, 2007.

        /s/ Robert A. Marks
        WARREN PRICE III
        ROBERT A. MARKS
        SIMON KLEVANSKY
        ALIKA L. PIPER
        CARISA LIMA KA'ALA HEE

        Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, KIAHUNA GOLF CLUB, LLC, KG KAUAI DEVELOPMENT, LLC, PUKALANI GOLF CLUB, LLC, KG MAUI DEVELOPMENT, LLC, MILILANI GOLF CLUB, LLC, QK HOTEL, LLC, and OR HOTEL, LLC

2