Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

ORIGINAL

PAUL ALSTON                    1126-0
GLENN T. MELCHINGER            7135-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2007

at _10_ o'clock and _55_ min. _A_ M
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai‘i, limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai‘i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai‘i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai‘i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai‘i limited liability company; QK HOTEL, LLC, a Hawai‘i limited liability company; OR HOTEL, LLC, a Hawai‘i limited liability company, and KG HOLDINGS, LLC, a Hawai‘i limited liability company, FRANKLIN K. MUKAI<br><br>            Defendants. | CIVIL NO. 04-00126 ACK/BMK<br><br>**RELEASE OF NOTICE OF PENDENCY OF ACTION FILED FEBRUARY 20, 2004** |

644870v1/6850-5

```
FRANKLIN K. MUKAI,              )
                               )
         Third-Party Plaintiff,)
                               )
     vs.                       )
                               )
SPORTS SHINKO CO., LTD., a Japan)
corporation, SPORTS SHINKO     )
(HAWAII) CO., LTD., a Hawai`i  )
corporation, SPORTS SHINKO     )
(MILILANI) CO., LTD., a Hawai`i )
corporation, SPORTS SHINKO     )
(KAUAI) CO., LTD., a Hawai`i   )
corporation, SPORTS SHINKO     )
(PUKALANI) CO., LTD., a Hawai`i )
corporation, SPORTS SHINKO     )
RESORT HOTEL CORPORATION, a    )
Hawai`i corporation, SPORTS    )
SHINKO (WAIKIKI) CORPORATION, a )
Hawai`i corporation and OCEAN   )
RESORT HOTEL CORPORATION, a    )
Hawai`i corporation            )
                               )
         Third-Party           )
         Defendants.           )
_____)
```

## RELEASE OF NOTICE OF PENDENCY OF ACTION
## FILED FEBRUARY 20, 2004

Plaintiff SPORTS SHINKO (USA) CO., LTD,, by and through its attorneys, Alston Hunt Floyd & Ing, hereby cancels and releases that certain Notice of Pendency of Action filed herein on February 20, 2004, and recorded in the Bureau of Conveyances of the State of Hawai`i as Document No. 2004-036086, and in Land Court as Document No. 3073327 pursuant to a judgment of dismissal by the United States District Court for the District of Hawaii, entered on April 10, 2007. As of the date of filing, the time for appeal has not expired and Plaintiff intends to appeal the

dismissal.  Furthermore, on April 19, 2007, Defendant FRANKLIN K.

MUKAI filed a Motion to Alter or Amend Judgment.  This motion has

not been heard or decided as of the date of this filing.

DATED:  Honolulu, Hawai i, May 1, 2007.

PAUL ALSTON
GLENN T. MELCHINGER
JASON H. KIM
Attorneys for Plaintiffs and
Third-Party Defendants the SS
Companies