

SCHEDULE OF COMBINED ENDING BALANCE SHEET

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash | | | | | | | | |
| Trade notes and accounts receivable | | | | | | | | |
| Less allowance for bad debts | | | | | | | | |
| Inventories | | | | | | | | |
| U.S. government obligations | | | | | | | | |
| Tax-exempt securities | | | | | | | | |
| Other current assets    STATEMENT 34 | | | | | | | | |
| Loans to stockholders | | | | | | | | |
| Mortgage and real estate loans | | | | | | | | |
| Other investments    STATEMENT 35 | | | | | | | | |
| Buildings and other depreciable assets | | | | | | | | |
| Less accumulated depreciation | | | | | | | | |
| Depletable assets | | | | | | | | |
| Less accumulated depletion | | | | | | | | |
| Land (net of any amortization) | | | | | | | | |
| Intangible assets (amortizable only) | | | | | | | | |
| Less accumulated amortization | | | | | | | | |
| Other assets    STATEMENT 36 | | | | | | | | |
| **Total Assets** | | | | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | | | | |
| Accounts payable | | | | | | | | |
| Mortgages, notes, bonds payable in less than 1 year | | | | | | | | |
| Other current liabilities    STATEMENT 37 | | | | | | | | |
| Loans from stockholders | | | | | | | | |
| Mortgages, notes, bonds payable in 1 year or more | | | | | | | | |
| Other liabilities    STATEMENT 38 | | | | | | | | |
| Capital stock: a Preferred stock | | | | | | | | |
|              b Common stock | | | | | | | | |
| Additional paid-in capital | | | | | | | | |
| Retained earnings - Apportioned | | | | | | | | |
| Retained earnings - Unappropriated | | | | | | | | |
| Adjustments to shareholders' equity | | | | | | | | |
| Less cost of treasury stock | | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | | | | | | | | |

REDACTED

CONFIDENTIAL
GT032834

328243
05-01-03

**EXHIBIT G-2**

SCHEDULE OF COMBINED ENDING BALANCE SHEET

| Assets | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |
|---|---|---|---|---|---|---|---|
| Cash | | | | | | | |
| Trade notes and accounts receivable | | | | | | | |
| Less allowance for bad debts | | | | | | | |
| Inventories | | | | | | | |
| U.S. government obligations | | | | | | | |
| Tax-exempt securities | | | | | | | |
| Other current assets   STATEMENT 34 | | | | | | | |
| Loans to stockholders | | | | | | | |
| Mortgage and real estate loans | | | | | | | |
| Other investments   STATEMENT 35 | | | | | | | |
| Buildings and other depreciable assets | | | | | | | |
| Less accumulated depreciation | | | | | | | |
| Depletable assets | | | | | | | |
| Less accumulated depletion | | | | | | | |
| Land (net of any amortization) | | | | | | | |
| Intangible assets (amortizable only) | | | | | | | |
| Less accumulated amortization | | | | | | | |
| Other assets   STATEMENT 36 | | | | | | | |
| **Total Assets** | | | | | | | |
| Liabilities and Stockholders' Equity | | | | | | | |
| Accounts payable | | | | | | | |
| Mortgages, notes, bonds payable in less than 1 year | | | | | | | |
| Other current liabilities   STATEMENT 37 | | | | | | | |
| Loans from stockholders | | | | | | | |
| Mortages, notes, bonds payable in 1 year or more | | | | | | | |
| Other liabilities   STATEMENT 38 | | | | | | | |
| Capital stock: a Preferred stock | | | | | | | |
|           b Common stock | | | | | | | |
| Additional paid-in capital | | | | | | | |
| Retained earnings - Apportioned | | | | | | | |
| Retained earnings - Unappropriated | | | | | | | |
| Adjustments to shareholders' equity | | | | | | | |
| Less cost of treasury stock | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | | | | | | | |

REDACTED

328243
05-01-03

CONFIDENTIAL
GT032835