SPORTS SHINKO (USA) CO., LTD. & SUBS

SCHEDULE L                                                                                              STATEMENT 34

COMBINED OTHER CURRENT ASSETS

| COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |

N/R ACCRUED INTEREST - KOBAYASHI GROUP
PREPAID ASSETS

TOTAL OTHER CURRENT ASSETS

REDACTED

| SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |

N/R ACCRUED INTEREST - KOBAYASHI GROUP
PREPAID ASSETS

TOTAL OTHER CURRENT ASSETS

CONFIDENTIAL
GT03286

STATEMENT(S) 34

**EXHIBIT G-4**