

SPORTS SHINKO (USA) CO., LTD. & SUBS

SCHEDULE L

COMBINED OTHER INVESTMENTS

STATEMENT 35

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (HAWAII) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| INVESTMENT IN SUBSIDIARIES | | | | | | | | |
| TOTAL OTHER INVESTMENTS | | | | | | | | |

REDACTED

| | SPORTS SHINKO (MILILANI) CO. LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. |
|---|---|---|---|---|---|---|---|
| INVESTMENT IN SUBSIDIARIES | | | | | | | 3 |
| TOTAL OTHER INVESTMENTS | | | | | | | |

REDACTED

CONFIDENTIAL
GT032837

STATEMENT(S) 35

EXHIBIT G-5