

CONFIDENTIAL
GT032834

EXHIBIT G-2

EXHIBIT C-2

