SPORTS SHINKO (USA) CO., LTD. & SUBS

SCHEDULE L — COMBINED OTHER ASSETS — STATEMENT 36

| | COMBINED AMOUNTS | LA COSTA HOTEL AND SPA CORPORATION | ENCINITAS RESORT CORPORATION | SPORTS SHINKO FLORIDA CO., LTD. | SPORTS SHINKO (FLORIDA REALTY), INC. | SPORTS SHINKO UTILITY, INC. | GRENELEFE REALTY, INC. | SPORTS SHINKO (KAUAI) CO., LTD. |
|---|---|---|---|---|---|---|---|---|
| DEPOSITS – VENDORS | | | | | | | | |
| DUE FROM AFFILIATES | | | | | | | | |
| INVESTMENT IN SUBSIDIARIES | | | | | | | | |
| NOTES RECEIVABLE – KOBAYASHI GROUP | | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | | |

| | SPORTS SHINKO (MILILANI) CO., LTD | SPORTS SHINKO RESORT HOTEL CORPORATION | SPORTS SHINKO (WAIKIKI) CORPORATION | OCEAN RESORT HOTEL CORPORATION | SPORTS SHINKO (KAUAI) CO., LTD. | SPORTS SHINKO (PUKALANI) CO., LTD. | SPORTS SHINKO (USA) CO., LTD. | |
|---|---|---|---|---|---|---|---|---|
| DEPOSITS – VENDORS | | | | | | | | |
| DUE FROM AFFILIATES | | | | | | | | |
| INVESTMENT IN SUBSIDIARIES | | | | | | | | |
| NOTES RECEIVABLE – KOBAYASHI GROUP | | | | | | | | |
| TOTAL OTHER ASSETS | | | | | | | | |

Annotation (callout pointing to "DUE FROM AFFILIATES" row): "No entry (zero) for stand-alone SS-USA 'due from affiliates'"

CONFIDENTIAL
GT032838

STATEMENT(S) 36

Exhibit 32

EXHIBIT G-3