Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON                     1126-0
GLENN T. MELCHINGER             7135-0
JASON H. KIM                    7128-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai‘i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:  gtm@ahfi.com

Attorneys for Plaintiff

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>KIAHUNA GOLF CLUB, LLC, a Hawai`i, limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawai`i limited liability company; PUKALANI GOLF CLUB, LLC, a Hawai`i limited liability company; KG MAUI DEVELOPMENT, LLC, a Hawai`i limited liability company; MILILANI GOLF CLUB, LLC, a Hawai`i limited liability company; QK HOTEL, LLC, a Hawai`i limited liability company; OR HOTEL, LLC, a Hawai`i limited liability company, and KG HOLDINGS, LLC, a Hawai`i limited liability company, FRANKLIN K. MUKAI<br><br>          Defendants.<br>_____<br><br>FRANKLIN K. MUKAI, | CIVIL NO. 04-00126 ACK/BMK<br><br>**CERTIFICATE OF SERVICE**<br><br>**[Re: Release of Notice of Pendency of Action Filed February 20, 2004**] |

```
            Third-Party Plaintiff,)
                                  )
        vs.                       )
                                  )
SPORTS SHINKO CO., LTD., a Japan )
corporation, SPORTS SHINKO        )
(HAWAII) CO., LTD., a Hawai`i    )
corporation, SPORTS SHINKO        )
(MILILANI) CO., LTD., a Hawai`i )
corporation, SPORTS SHINKO        )
(KAUAI) CO., LTD., a Hawai`i     )
corporation, SPORTS SHINKO        )
(PUKALANI) CO., LTD., a Hawai`i )
corporation, SPORTS SHINKO        )
RESORT HOTEL CORPORATION, a       )
Hawai`i corporation, SPORTS       )
SHINKO (WAIKIKI) CORPORATION, a )
Hawai`i corporation and OCEAN     )
RESORT HOTEL CORPORATION, a       )
Hawai`i corporation               )
                                  )
            Third-Party           )
            Defendants.           )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, copies of Release of Notice of Pendency of Action, filed in the Untied States District Court on May 3, 2007 and Recorded in the Bureau of Conveyances as Document No. 2007-080211 and Land Court as Document No. 3596704 on May 3, 2007 was duly served upon the following persons at the address shown via hand-delivery or first class mail, postage prepaid (as indicated below):

|  | HAND-DELIVERED | MAILED |
|---|---|---|

ROBERT A. MARKS, ESQ.                    x
Price Okamoto Himeno & Lum
728 Ocean View Center
707 Richards Street
Honolulu, HI  96813

Attorney for Defendants
KIAHUNA GOLF CLUB, LLC;
KG KAUAI DEVELOPMENT, LLC;
PUKALANI GOLF CLUB, LLC;
KG MAUI DEVELOPMENT, LLC;
MILILANI GOLF CLUB, LLC;
QK HOTEL, LLC; OR HOTEL, LLC; and
KG HOLDINGS, LLC

JOHN N. K. REYES-BURKE, ESQ.             x
Burke McPheeters Bordner & Estes
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3100
Honolulu, HI 96813

Attorney for Defendant
FRANKLIN K. MUKAI

    DATED:    Honolulu, Hawai`i, May 4, 2007.


    /s/ Jason H. Kim
    PAUL ALSTON
    GLENN T. MELCHINGER
    JASON H. KIM

    Attorneys for Plaintiffs
    and Third-Party Defendants,
    the Sports Shinko Companies