ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON             1126-0
BRUCE H. WAKUZAWA       4312-0
GLENN T. MELCHINGER     7135-0
JASON H. KIM            7128-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    bwakuzawa@ahfi.com
          gmelchinger@ahfi.com
          jkim@ahfi.com

Attorneys for Plaintiff and
Third-Party Defendants
the Sport Shinko Companies

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 29 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SPORTS SHINKO (USA) CO., LTD., a Delaware corporation, ) ) | CIVIL NO. 04-00126 ACK/BMK |
| Plaintiff, ) ) | **NOTICE OF APPEAL** |
| vs. ) ) | |
| KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company; KG KAUAI DEVELOPMENT, LLC, a Hawaii limited liability ) ) ) ) | |

647,441/ 6850-5

company; PUKALANI GOLF )
CLUB, LLC, a Hawaii limited )
liability company; KG MAUI )
DEVELOPMENT, LLC, a Hawaii )
limited liability company; )
MILILANI GOLF CLUB, LLC, a )
Hawaii limited liability company; )
QK HOTEL, LLC, a Hawaii )
limited liability company; OR )
HOTEL, LLC, a Hawaii limited )
liability company; KG )
HOLDINGS, LLC, a Hawaii )
limited liability company; )
FRANKLIN K. MUKAI, )
)
      Defendants, )
)
  and )
)
FRANKLIN K. MUKAI; KIAHUNA )
GOLF CLUB, LLC, a Hawaii )
limited liability company; KG )
KAUAI DEVELOPMENT, LLC, a )
Hawaii limited liability company; )
PUKALANI GOLF CLUB, LLC, a )
Hawaii limited liability company; )
KG MAUI DEVELOPMENT, LLC, )
a Hawaii limited liability )
company; MILILANI GOLF CLUB, )
LLC, a Hawaii limited liability )
company; QK HOTEL, LLC, a )
Hawaii limited liability company; )
OR HOTEL, LLC, a Hawaii )
limited liability company; KG )
HOLDINGS, LLC, a Hawaii )
limited liability company; )
)

|  |  |
|---|---|
| Third-Party Plaintiffs, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation; SPORTS SHINKO (WAIKIKI) CORPORATION, a Hawaii corporation; SPORTS SHINKO (MILILANI) CO., LTD., a Hawaii corporation; SPORTS SHINKO (PUKALANI) CO., LTD., a Hawaii corporation; SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; SPORTS SHINKO RESORT HOTEL CORPORATION, a Hawaii corporation, | ) |
|  | ) |
| Third-Party Defendants, | ) |
|  | ) |
| and | ) |
|  | ) |
| SPORTS SHINKO (HAWAII) CO., LTD., a Hawaii corporation; and SPORTS SHINKO (KAUAI) CO., LTD., a Hawaii corporation, | ) |
|  | ) |
| Third-Party Defendants/ Counterclaimants, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| KIAHUNA GOLF CLUB, LLC, a Hawaii limited liability company; KG KAUAI DEVELOPMENT, LLC, | ) |

647,441/ 6850-5                            3

a Hawaii limited liability )
company; PUKALANI GOLF )
CLUB LLC, a Hawaii limited )
liability company; KG MAUI )
DEVELOPMENT, LLC, a Hawaii )
limited liability company; QK )
HOTEL, LLC, a Hawaii limited )
liability company; OR HOTEL, )
LLC, a Hawaii limited liability )
company; KG HOLDINGS, LLC, a )
Hawaii limited liability company; )
FRANKLIN K. MUKAI, )
                                  )
      Third-Party )
      Counterclaim )
      Defendants. )
_____)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff and Third-Party Defendants, by and through their attorneys, Alston Hunt Floyd & Ing, hereby appeal to the United States Court of Appeal for the Ninth Circuit from the Order Granting KG Defendants' Motion to Dismiss Civ. Nos. 04-00125 ACK-BMK, 04-00126 ACK-BMK, and 04-00128 ACK-BMK for Lack of Subject Matter Jurisdiction, entered April 5, 2007 and the Judgment in Civ. No. 04-00126 ACK-CMK entered on April 10, 2007 pursuant to that Order, as modified

by the Order Granting Motion to Alter or Amend Judgment in Civ. No. 04-00126 ACK-BMK entered May 1, 2007.

    DATED:   Honolulu, Hawai`i, May 29, 2007.

                                       /s/
                                  PAUL ALSTON
                                  BRUCE H. WAKUZAWA
                                  GLENN T. MELCHINGER
                                  JASON H. KIM
                                  Attorneys for Plaintiff and
                                  Third-Party Defendants
                                  the Sport Shinko Companies