# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239606 |
|---|---|
| Trans | 145748 |

Received From:     **ALSTON HUNT FLOYD & ING**
Case Number:
Reference Number:     CV 04-126 ACK

|  |  | Check | 455.00 |
|---|---|---|---|
|  |  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  |  | **Total** | **455.00** |
|  |  | Tend | 455.00 |
|  |  | Due | 0.00 |

05/29/2007 02:10:11 PM     Deputy Clerk: bb/AG