# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    Sports Shinko (USA) Co., Ltd., vs. Kiahuna Golf Club, LLC, et. Al.,

**U.S. COURT OF APPEALS DOCKET NUMBER**:_____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00126ACK-BMK

II    DATE NOTICE OF APPEAL FILED:    May 29, 2007

III    U.S. COURT OF APPEALS PAYMENT STATUS:

DOCKET FEE PAID ON:  05/29/07          AMOUNT:  $455.00

NOT PAID YET:                    BILLED:

U.S. GOVERNMENT APPEAL:          FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:          DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV    COMPANION CASES, IF ANY:

V.    COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 12, 2007

To All Counsel of Record as Appellees:

IN RE:   Sports Shinko (USA) Co., Ltd., vs. Kiahuna Golf Club, LLC, et. Al.,

Civil No. 04-00126ACK-BMK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 29, 2007 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf
      Sports Shinko (USA) Co., Ltd., (attorney for appellant)
         w/copy of instructions for civil appeals
         Transcript Desig. & Ordering Form
         with instructions and a copy of the
         docket sheet; CADS