# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.      SHORT CASE TITLE:      Sports Shinko (USA) Co., Ltd., vs. Kiahuna Golf Club, LLC, et. Al.,

U.S. COURT OF APPEALS DOCKET NUMBER: _07-16069_

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00126ACK-BMK

II      DATE NOTICE OF APPEAL FILED:      May 29, 2007

III      U.S. COURT OF APPEALS PAYMENT STATUS:

DOCKET FEE PAID ON: 05/29/07      AMOUNT:      $455.00

NOT PAID YET:      BILLED:

U.S. GOVERNMENT APPEAL:      FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:      & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:      DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV      COMPANION CASES, IF ANY:

*RECEIVED*
*CLERK U.S. DISTRICT COURT*
*JUN 21 2007*
*DISTRICT OF HAWAII*

V.      COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)