**FILED**
**FEB 08 2008**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC,<br><br>Defendant,<br><br>and<br><br>KG HOLDINGS, LLC; et al.,<br><br>Defendants - Appellants,<br><br>v.<br><br>SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee,<br><br>Plaintiff-Third-Party-Defendant - Appellee,<br><br>and<br><br>FRANKLIN K. MUKAI,<br><br>Defendant-Third-Party-Plaintiff,<br><br>v.<br><br>SPORTS SHINKO (USA) CO., LTD., a Delaware corporation,<br><br>Third-Party-Defendant - Appellee. | No. 06-17219<br><br>D.C. No. CV-04-00124-ACK<br>District of Hawaii,<br>Honolulu<br><br>ORDER<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>FEB 11 2008<br>at 11 o'clock and 15 min. A M.<br>SUE BEITIA, CLERK |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Margaret A. Corrigan*
Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 8 2008

by
Deputy Clerk