INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

QK HOTEL, LLC, a Hawaii LLC
    Defendant

KG HOLDINGS, LLC
    Defendant - Appellant

    Simon Klevansky, Esq.
    808/524-0155
    [COR LD NTC ret]
    Attorney at Law
    745 Fort Street
    Suite 1400
    Honolulu, HI 96813

    Warren Price, III, Esq.
    Ste. 728
    [COR LD NTC ret]
    Robert A. Marks, Esq.
    FAX 808/533-0549
    808/538-1113
    [COR LD ret]
    707 Richards St.
    Ste. 728
    Honoolulu, HI 96813
    808/538-1113

    Alika L. Piper, Esq.
    FAX 808/531-6963
    808/524-0155
    Suite 1400
    [COR LD ret]
    Carisa Lima Ka'ala Hee, Esq.
    FAX 808/531-6963
    808/524-0155
    Ste. 1400
    [COR LD ret]
    GELBER, GELBER, INGERSOLL &
    KLEVANSKY
    745 Fort Street
    Honolulu, HI 96813

PUKALANI GOLD CLUB, LLC
    Defendant - Appellant

    Simon Klevansky, Esq.
    (See above)
    [COR LD NTC ret]

    Warren Price, III, Esq.
    (See above)
    [COR LD NTC ret]
    Robert A. Marks, Esq.
    (See above)
    [COR LD ret]

    Alika L. Piper, Esq.
    (See above)
    [COR LD ret]
    Carisa Lima Ka'ala Hee, Esq.
    (See above)

```
INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al
                                  [COR LD ret]

KG MAUI DEVELOPMENT, LLC          Simon Klevansky, Esq.
      Defendant - Appellant       (See above)
                                  [COR LD NTC ret]

                                  Warren Price, III, Esq.
                                  (See above)
                                  [COR LD NTC ret]
                                  Robert A. Marks, Esq.
                                  (See above)
                                  [COR LD ret]

                                  Alika L. Piper, Esq.
                                  (See above)
                                  [COR LD ret]
                                  Carisa Lima Ka'ala Hee, Esq.
                                  (See above)
                                  [COR LD ret]


   v.

SPORTS SHINKO CO., LTD., a        Paul Alston
Japanese corporation in           808/524-1212
reorganization, through           [COR LD NTC ret]
Keijiro Kimura, its Deputy        Glenn T. Melchinger, Esq.
Trustee                           FAX 808/524-4591
      Plaintiff-third-party-      808/524-1800
defendant - Appellee              [COR LD ret]
                                  ALSTON HUNT FLOYD & ING
                                  1001 Bishop Street
                                  1800 Pacific Tower
                                  Honolulu, HI 96813

FRANKLIN K. MUKAI                 William A. Bordner
      Defendant-third-party-      523-9833
plaintiff                         [COR LD ret]
                                  Grosvenor Center
                                  737 Bishop Street
                                  Suite 3100
                                  Honolulu, HI 96813


   v.

SPORTS SHINKO (US) CO., LTD.,     Paul Alston
a Delaware corporation            808/524-1212
      Third-party-defendant -     [COR LD NTC ret]
Appellee                          Glenn T. Melchinger, Esq.
                                  FAX 808/524-4591
                                  808/524-1800
                                  [COR LD ret]
                                  ALSTON HUNT FLOYD & ING
```

INTERNAL USE ONLY: Proceedings include all events.
06-17219 Sports Shinko Co. v. KG Holdings, et al

                                        1001 Bishop Street
                                        1800 Pacific Tower
                                        Honolulu, HI 96813