

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

FILED
FEB 08 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QK HOTEL, LLC, a Hawaii LLC, | Nos. 07-16033, 07-16068<br>07-16069 |
| Defendant, | |
| and | D.C. No. CV-04-00125-ACK<br>D.C. No. CV-04-00126-ACK<br>D.C. No. CV-04-00128-ACK |
| KG HOLDINGS, LLC; et al., | District of Hawaii,<br>Honolulu |
| Defendants - Appellees, | |
| v. | |
| SPORTS SHINKO CO., LTD., a Japanese corporation in reorganization, through Keijiro Kimura, its Deputy Trustee, | |
| Plaintiff-Third-Party-Defendant - Appellant, | |
| and | |
| FRANKLIN K. MUKAI, | |
| Defendant-Third-Party-Plaintiff, | |
| v. | |
| SPORTS SHINKO (US) CO., LTD., a Delaware corporation, | |
| Third-Party-Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 13 2008
at 10 o'clock and 8 min. ___M
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

*Margaret A. Corrigan*
Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 8 - 2008

by: _____
Deputy Clerk