IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. _____ 04-00126 ACK/BMK

Short Case Title _Sports Shinko (USA) Co., Ltd. v. Kiahuna Golf Club, LLC, et al._____

Date Notice of Appeal Filed by Clerk of District Court _____ May 29, 2007

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| February 12, 2007 at 9:30 a.m. | ESR | Other (please specify) |

(additional page for designations if necessary)

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 0 6 2007
DISTRICT OF HAWAII

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____   Estimated date for completion of transcript _____

Print Name of Attorney _Jason H. Kim_   Phone Number _(808) 524-1800_

Signature of Attorney _____

Address _Alston Hunt Floyd & Ing, 18th Floor, ASB Tower, 1001 Bishop Street, Honolulu, HI 96813_

**SECTION B** - To be completed by court reporter

I, _Already produced 3/13/07_ have received this designation.
     (signature of court reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 2 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

_This Appeal is voluntarily dismissed._
_see doc. #249_

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_   _03/12/08_   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| WILLIAM A. BORDNER, ESQ.<br>JOHN REYES-BURKE, ESQ.<br>Burke McPheeters<br>    Bordner & Estes<br>Suite 3100, Mauka Tower<br>737 Bishop Street<br>Honolulu, HI  96813 | ( ) | ( ) | ( x ) |

Attorneys for Defendant
and Third-Party Plaintiff
FRANKLIN K. MUKAI

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| WARREN PRICE, III, ESQ.<br>ROBERT A. MARKS, ESQ.<br>728 Ocean View Center<br>707 Richards Street<br>Honolulu, HI 96813 | ( ) | ( ) | ( x ) |
| SIMON KLEVANSKY, ESQ.<br>ALIKA L. PIPER, ESQ.<br>CARISA LIMA KA'ALA HEE, ESQ.<br>Klevansky & Piper, LLP<br>Suite 770, Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 | ( ) | ( ) | ( x ) |

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs KG HOLDINGS, LLC, QK HOTEL, LLC; and OR HOTEL, LLC

DATED: Honolulu, Hawai`i, June 6, 2007.

_____
PAUL ALSTON
BRUCE H. WAKUZAWA
GLENN T. MELCHINGER
JASON H. KIM

Attorneys for Plaintiffs and Third-Party-Defendants the Sport Shinko Companies